**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**SHARON K. RIDDICK**
*on behalf of herself and all others similarly situated*,

**Plaintiff,**

**v.** **Civil Action No. 2:24-cv-00700-EWH-RJK**

**CHEX SYSTEMS, INC.,**

**Defendant.**

# MOTION TO SEAL

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff, by counsel, and pursuant to Local Civil Rule 5 of the United States District Court for the Eastern District of Virginia, hereby moves to seal Ex. 1, the Plaintiff's Reply in Support of Motion for Class Certification (ECF No. 156), and Exhibit 12 thereto (ECF 156-12).

Respectfully submitted,

**PLAINTIFF**, *individually and on behalf of all others similarly situated*

By: /s/ Leonard A. Bennett
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
Mark C. Leffler, VSB# 40712
Emily Connor Kennedy, VSB #83889
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: mark@clalegal.com

Email: emily@clalegal.com

*Counsel for Plaintiff*