**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**SHARON K. RIDDICK**
*on behalf of herself and all others similarly situated*,

**Plaintiff,**

**v.** **Civil Action No. 2:24-cv-00700-EWH-RJK**

**CHEX SYSTEMS, INC.,**

**Defendant.**

## NOTICE OF FILING UNDER SEAL

Plaintiff, by counsel, pursuant to Rule 5(C) of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby informs the Defendant and any nonparties that they may submit memoranda in support of or in response to Plaintiff's Motion to Seal within seven days after the filing. Any person objecting to the motion must file an objection with the Clerk within seven days of the motion and if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Respectfully submitted,
**PLAINTIFF**, *individually and on behalf of all others similarly situated*

By: /s/ Leonard A. Bennett
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
Mark C. Leffler, VSB# 40712
Emily Connor Kennedy, VSB #83889
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Email: mark@clalegal.com
Email: emily@clalegal.com

*Counsel for Plaintiff*