# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| SHARON K. RIDDICK, on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 2:24-cv-00700-JKW-LRL |
| CHEX SYSTEMS, INC., | ) | |
| Defendant. | ) | |

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
SHARON K. RIDDICK
TAKEN ON BEHALF OF THE DEFENDANT
Virginia Beach, Virginia
Tuesday, November 18, 2025

Videotaped deposition upon oral examination of SHARON K. RIDDICK, taken on behalf of the Defendant, before Kerry E. Zahn, Registered Merit Reporter, a eNotary and Notary Public for the Commonwealth of Virginia at large, taken pursuant to Notice, commencing at 10:07 a.m. on Tuesday, November 18, 2025, at the offices of Troutman Pepper Locke, LLP, 222 Central Park Avenue, Suite 2200, Virginia Beach, Virginia; and this in accordance with the Federal Rules of Civil Procedure.

THE VIDEOGRAPHER: We are on the record at 10:07 a.m.

This is the videotaped deposition of Sharon Riddick.

We're here in the matter of Sharon Riddick on behalf of herself and all others similarly situated versus Chex Systems, Incorporated, Case Number 2:24-CV-00700-JKW-LRL.

This case is pending in the United States District Court for the Eastern District of Virginia in the Norfolk Division.

Today's date is November 18th, 2025.

Q At the time SunTrust closed your account, that $458.66 was unpaid; is that right?
A It was discharged in my bankruptcy.
Q Well, not at the time SunTrust closed your account; correct?
A Now, at the time SunTrust closed the account, that 458 I believe was the fees, too. That wasn't just strictly overdraft. That was fees that they added for not -- for not paying.
Q So the SunTrust -- the amount you owed of 458.66 was comprised of both fees and the amount you had overdrawn the account; is that correct?
A Correct.
Q And at the time SunTrust closed the account, that 458.66 was unpaid; is that right?
A Correct.
Q I'd like to show you a document we're going to mark as Exhibit 3.
THE COURT REPORTER: 2.
MR. GETTINGS: 2. That didn't take long.
(Riddick Plaintiff 18 marked as Riddick Exhibit Number 2)

before the discharge order are discharged; correct?

A Yes.

Q Okay. And you filed your conversion in June of 2019, but the discharge was not ordered until September of 2019; correct?

A Correct.

Q So debts that were owed between June 2019 and September of 2019 would not be discharged in your bankruptcy, according to this order; correct?

A I -- because I'm not an attorney, I can't answer that. And that's why I hired -- that's why I got someone else to help me with my -- with my --

Q So you think this is so complicated that you need an attorney to decipher it for you; is that right?

A That is correct.

Q Do you think a reasonable reader of this order would understand that your SunTrust account was discharged in bankruptcy?

A I don't know.

Q You don't know either way.

A (Shaking head)

A Yes.
Q July 12th, 2019 is after you converted your bankruptcy from Chapter 13 to Chapter 7; correct?
A Yes.
Q You never provided any information to Chex Systems explaining the date you opened the SunTrust account; is that right?
A Correct.
Q And you never provided any information to Chex Systems explaining the date you incurred the $458.66 debt to SunTrust; correct?
A Correct.
Q And you never provided any information to Chex Systems explaining the date that SunTrust charged off your account; correct?
A Correct.
Q As of July 12th, 2019, SunTrust had, in fact, closed your account; is that right?
A Correct.
Q Do you see on the -- in the closure details it says "charge off amount, 458.66"?
A Yes.
Q As of July 12th, 2019, SunTrust

had, in fact, charged off your account to the amount of 458.66; is that right?

A Yes.

Q Do you see toward the middle of the closure discussion it says "Closure reason, overdrafts"?

A Yes.

Q As of July 12th, 2019, SunTrust had closed your account and charged it off because of an overdraft; correct?

A Correct.

Q You never actually paid SunTrust the 458.66 that you owed the bank; correct?

A Correct.

Q So would you agree that your SunTrust debt of 458.66 remains unpaid to this day?

A I do not agree.

Q Why not?

A It -- it was included in my bankruptcy.

Q But you never actually paid SunTrust the 458.66 --

A Correct. I --

Q -- is that right?

COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

I, Kerry E. Zahn, RMR-CRR, eNotary and Notary Public for the Commonwealth of Virginia at Large, of qualification in the Circuit Court of the City of Norfolk, Virginia, and whose commission expires March 31, 2029, do hereby certify that the within named deponent, SHARON K. RIDDICK, appeared before me at Virginia Beach, Virginia, as hereinbefore set forth, and after being first duly sworn by me, was thereupon examined upon her oath by counsel for the parties; that her examination was recorded in Stenotype by me and reduced to computer printout under my direction; and that the foregoing constitutes a true, accurate and complete transcript of such proceeding.

I further certify that I am not related to nor otherwise associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

Given under my hand and notarial seal this 24th day of November, 2025, at Norfolk, Virginia.

Kerry E. Zahn, RMR-CRR