**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

SHARON K. RIDDICK,

Plaintiff,

v. Action No: 2:24cv700

CHEX SYSTEMS, INC.,

Defendant.

**<u>ORDER</u>**

This matter is before the Court on nine motions to seal filed by the parties. ECF Nos. 111, 123, 136, 143, 151, 157, 163, 177, 183. There are three requirements for sealing court filings under Local Civil Rule 5: "(1) public notice with an opportunity to object; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and rejecting alternatives to sealing." *Flexible Benefits Council v. Feltman*, No. 1:08cv371, 2008 WL 4924711, at *1 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000)). Further, "(a)nyone seeking to file a document or other material under seal must make a good faith effort to redact or seal only as much as necessary to protect legitimate interests" and "(b)lanket sealing of entire briefs, documents, or other papers is rarely appropriate." E.D. Va. Loc. Civ. R. 5(C). The public notice requirement has been met for each motion.

With these principles in mind, the motions to seal are **GRANTED in part and DENIED in part** as follows:

- ECF No. 111—defendant Chex Systems, Inc.'s ("Chex Systems") motion to seal the unredacted version of the opposition to plaintiff Sharon K. Riddick's

("Riddick") motion for class certification and the unredacted exhibits 1–5, 7–10, 14–15, and 22[1] (public version ECF Nos. 110, 167; sealed version ECF No. 114) is **GRANTED**;

- ECF No. 123—Riddick's motion to seal the unredacted versions of the memorandum in support of the motion to exclude defendant's expert witnesses and exhibits 1–3 (public version ECF No. 122; sealed versions ECF Nos. 126–127) is **GRANTED in part** as to the exhibits to the memorandum, ECF No 127. The Court cannot rule on the motion to seal the memorandum, ECF No. 126, as the public version and sealed versions of the memorandum are not the same document. Riddick is **DIRECTED** to file a corrected version of the memorandum by **May 26, 2026**;

- ECF No. 136—Riddick's motion to seal the unredacted versions of the memorandum in support of the motion to strike the declaration of Ronald Whyte and exhibit 1 (public version ECF Nos. 135, 167-4; sealed version ECF No. 139) is **GRANTED**;

- ECF No. 143—Riddick's motion to seal the unredacted versions of the memorandum in support of the motion to strike the declaration of Laurie Husaby and exhibit 1 (public version ECF Nos. 142, 167-3; sealed version ECF No. 146) is **GRANTED in part**. Riddick is **DIRECTED** to file a redacted memorandum containing only those redactions present in the declaration and exhibits by **May 26, 2026**;

- ECF No. 151—Riddick's motion to seal the unredacted versions of the memorandum in support of the motion to strike the declaration of Brenda Bruce and exhibit 1 (public version ECF Nos. 150, 167-2; sealed version ECF No. 154) is **GRANTED in**

---

[1] Pursuant to the Court's order entered April 8, 2026, Chex Systems filed redacted versions of the exhibits on April 13, 2026. ECF Nos. 140, 167.

**part**. The memorandum no longer references any sealed information and should be filed without redactions by **May 26, 2026**;

- ECF No. 157—Riddick's motion to seal the unredacted versions of the reply in support of the motion for class certification and exhibit 12 (public version ECF No. 156; sealed version ECF No. 160) is **GRANTED**;

- ECF No. 163—Chex Systems' motion to seal the unredacted versions of exhibits D, G, H, I, and L to the opposition to Riddick's motion to exclude experts (public version ECF No. 162; sealed version ECF No. 166) is **GRANTED in part**. Chex Systems is **DIRECTED** to file redacted versions of exhibits D, G, H, I, and L by **May 26, 2026**;

- ECF No. 177—Chex Systems' motion to seal the unredacted versions of exhibits 3, 5, and 6 to the opposition to Riddick's motion to strike declaration of Ronald A. Whyte (public version ECF No. 176; sealed version ECF No. 180) is **GRANTED** as to exhibit 3, the redacted version of which will remain under seal and **DENIED** as to exhibits 5 and 6, which are **ORDERED** unsealed;

- ECF No. 183—Chex Systems' motion to seal the unredacted version of the opposition to Riddick's motion to strike the declaration of Laurie Husaby (public version ECF No. 182; sealed version ECF No. 186) is **GRANTED**.

The Clerk is further **DIRECTED** to forward copies of this order to all counsel of record.

/s/ RJK
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
May 19, 2026