# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| SHARON K. RIDDICK<br><br>Plaintiff,<br>v.<br><br>CHEX SYSTEMS, INC.<br><br>Defendant. | Case No. 2:24-cv-00700-EWH-RJK |

**DECLARATION OF LORI JONES IN SUPPORT OF SUMMARY JUDGMENT**

I, Lori Jones, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a U.S. citizen, over eighteen years of age, and I am competent to testify as to all statements contained herein, which I am making by my own free will.

2. I am employed as a Senior Compliance Manager supporting the business of Chex Systems, Inc. ("ChexSystems"). I have been in this specific role for 22 months but have been supporting ChexSystems for over 37 years—since July 1988. In that time, I have held several positions with ChexSystems, with most time spent in consumer relations and compliance. I started as a part time inquiry operator and later moved to positions which entailed various employee services such as fielding employee questions and requests, along with assisting in routine employee administration tasks.

3. I worked my way up through ChexSystems, learning and even building key processes and functions into its operations. Starting in 1991, I began in consumer relations in the role of Consumer Relations Department Assistant. From Department Assistant, I was promoted to Inquiry and Training Team Manager in 1993, and to Consumer Relations Coordinator in 1997.

Finally, I held the role of Compliance Manager for 5 years from 2020–2024 before being promoted to my current role of Senior Compliance Manager. In these roles, I assisted in developing ChexSystems' compliance, furnisher monitoring, and data contribution policies. In these roles, and in my current role, I regularly engage with furnishers and our furnisher monitoring team, regularly review ChexSystems' compliance procedures, and actively work to enhance ChexSystems compliance programs.

4. I make this declaration based on the personal knowledge I gained through my experience supporting ChexSystems by virtue of my position, my familiarity with the company's practices and procedures, and based upon my review of the relevant business records of ChexSystems, including but not limited to, those business records referenced in this declaration. The business records referenced in this declaration of ChexSystems were made by a person with knowledge of the events described therein, at or near the time of the event described, and made and kept in the ordinary course of the regularly conducted business activities of such persons and ChexSystems. I am familiar with the way these records are created, kept, and maintained. The records I have examined relating to this matter are in the custody, supervision, and control of ChexSystems. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

## I. ChexSystems' Business and QualiFile Reports

5. ChexSystems is a consumer reporting agency that specializes in providing consumer reports to financial institutions primarily for use in connection with opening new consumer bank or deposit accounts. These consumer reports focus on forcibly closed bank accounts reported to ChexSystems. When a financial institution forcibly closes a consumer's

account, that institution may report the closure to ChexSystems. A financial institution may close an account for many reasons, including for reasons such as suspected fraud or account abuse.

6. When a consumer applies to open a new bank account, a financial institution that is a ChexSystems customer may request a "QualiFile" report from ChexSystems. The QualiFile report ChexSystems returns will include information about forcibly closed accounts reported to ChexSystems for that consumer, if any, along with a recommendation generated based on the financial institution's chosen decisioning strategy.

7. ChexSystems does not decide whether a financial institution should approve or deny a consumer's request to open an account. Rather, each financial institution customer provides ChexSystems with its own unique decisioning criteria, which ChexSystems refers to as a "decisioning strategy." In a ChexSystems QualiFile report, ChexSystems applies that customer-provided decisioning strategy to data on the consumer to generate a recommendation (for example, "ACCEPT/OPEN") based on the customer's strategy. For example, a customer decisioning strategy may indicate that some forcible closure history should result in a decline recommendation, other forcible closure history should result in an accept recommendation, and other forcible closure history may result in a more detailed review. Each financial institution makes its own final account-opening decision, not ChexSystems.

## II. Furnisher Credentialing and Contractual Obligations

8. Before ChexSystems begins accepting closure data from a financial institution furnisher, that institution must undergo a credentialing process. As part of credentialing, ChexSystems obtains information to confirm that the institution is a legitimate financial institution and that it agrees to furnish accurate information regarding forcibly closed bank accounts. A true and accurate copy of ChexSystems' furnisher credentialing form is attached as **Exhibit A,**

Chex007241-50. ChexSystems will not accept closure data from a financial institution if the institution does not agree to furnish accurate information regarding forcibly closed accounts.

9. In connection with this credentialing and onboarding process, ChexSystems requires furnishers to execute contractual agreements governing their relationship with ChexSystems. These agreements incorporate ChexSystems' Data Contribution Policy as a term of the agreement and require the furnisher to comply with that policy. *See supra* **Exhibit C**.

10. For example, ChexSystems' standard client agreement includes a provision under which the client represents and warrants that it will comply with ChexSystems' Data Contribution Policy.

11. One such client of ChexSystems is Truist Bank, formerly BB&T and SunTrust banks. BB&T and SunTrust merged in 2019. The combined company chose a new name, and the merged bank is now known as Truist Bank. A true and accurate copy of an example financial services agreement with the former BB&T Bank, is attached as **Exhibit B**, Chex000100-07. *See* **Ex. B**, ¶ 13(A).

12. Compliance with the Data Contribution Policy is mandatory for ChexSystems' furnishers—it is a contractual requirement.

## III. Data Contribution Policy: Accuracy, Completeness, Timeliness, and Updates

13. ChexSystems maintains a written Data Contribution Policy that governs how furnishers must report forcibly closed accounts to ChexSystems. A true and accurate copy of the relevant portions of ChexSystems Data Contribution Policy (version 2.9), evidencing this requirement, is attached as **Exhibit C,** Chex000283, at -283-288.

14. The Data Contribution Policy requires furnishers to ensure that all information they provide to ChexSystems is accurate, complete, and reported in a timely manner.

15. ChexSystems' policies also require furnishers to update closure information they previously reported to ensure the information remains accurate and closed accounts are updated appropriately.

## IV. Bankruptcy-Specific Data Contribution Requirements

16. ChexSystems' Data Contribution Policy includes specific provisions related to bankruptcy. ChexSystems prohibits furnishers from reporting debts that have been discharged in bankruptcy. A true and accurate copy of the relevant portions of the Data Contribution Deposit Accounts V002 Batch Specification 1.11, evidencing this requirement, is attached as **Exhibit D,** Chex007508, at -15.

17. In addition, where a furnisher has previously reported an account to ChexSystems, and that account is later included in a bankruptcy disposition, the Data Contribution Policy requires the furnisher to notify ChexSystems so that the account can be deleted from the consumer's ChexSystems file. A true and accurate copy of the relevant portions of the Chex Systems Inc. Data Contribution Deposit Accounts V001 Batch Specification, evidencing this requirement, is attached as **Exhibit E,** Chex000435, at -442 and -457.

## V. Evidence of Furnishers' Bankruptcy-Related Deletions

18. ChexSystems maintains records of instances in which furnishers have deleted or updated records they previously reported to ChexSystems. This includes deletions and updates because an account the furnisher previously reported to ChexSystems as forcibly closed has since had the debt at issue discharged in bankruptcy.

19. ChexSystems' records show that, over a five-year period, furnishers proactively requested that ChexSystems delete reported closures that had been discharged in bankruptcy approximately [redacted] times. These requests were specifically coded or otherwise identified as

deletion requested because of bankruptcy. A true and accurate spreadsheet showing the first 500 of these furnisher deletion requests due to bankruptcy, as an example, is attached as **Exhibit F,** Chex006969 (First 500 entries). Deletions related specifically to Truist (both SunTrust and BB&T banks) are attached as **Exhibit G,** Chex006969 (entries related to Truist, SunTrust, and BB&T banks only).

20. When a furnisher requests deletion of an account the furnisher previously contributed because of a bankruptcy discharge, ChexSystems removes the corresponding account from the impacted consumer's ChexSystems file so it no longer appears in reports about that consumer.

## VI. Monitoring Furnishers Through Key Risk Indicators (KRIs)

21. During the 2024 time period pertaining to Plaintiff's reports and earlier, ChexSystems had an ongoing furnisher monitoring program that uses Key Risk Indicators ("KRIs") and other metrics to evaluate furnishers' performance and ensure furnishers are complying with ChexSystems policies, including ChexSystems policies related to bankruptcy.

22. ChexSystems monitors furnishers on a monthly basis. As part of this monitoring, ChexSystems reviews multiple metrics on furnishers relating to data contribution.

23. With respect to data contribution, ChexSystems reviews metrics including, but not limited to: (a) the total number of closures the furnisher reported; (b) the rate at which the furnisher is reporting closures; (c) the rate at which the furnisher is submitting updates to reflect settlements; and (d) the rate at which the furnisher is requesting deletions of reported closures. These metrics look for anomalies in the data the furnisher is contributing to ChexSystems.

24. These metrics are designed to evaluate any data anomalies that may exist in a furnisher's contributed data—both with respect to the specific metrics above and any data that may underlie those metrics.

25. With respect to data contribution specifically, ChexSystems categorizes furnishers by their size. For example, the largest financial institutions contributing data to ChexSystems are categorized as "mega large." Within each category, ChexSystems compares each furnisher's metrics to the metrics related to the rest of its peer group. If a furnisher's metrics are outside of the expected metrics in its peer group, that will "trigger" a metric and require ChexSystems' compliance team to follow up with that furnisher. ChexSystems performs this evaluation on a monthly basis for each category of financial institution furnisher.

## VII. Monitoring Furnishers through Dispute Monitoring

26. During the 2024 time period pertaining to Plaintiff's reports and earlier, ChexSystems reviewed additional monthly metrics for each furnisher, including: (a) the rate at which consumers dispute that furnisher's reporting; (b) the rate at which the furnisher corrects or deletes previously reported information in response to disputes; and (c) the rate at which the furnisher verifies the accuracy of information in response to disputes. These metrics also look for anomalies in the disputes ChexSystems receives related to the information the furnisher is reporting, which can also provide insight into furnisher's compliance with the Data Contribution Policy.

## VIII. Follow-Up, Remediation, and Enforcement

27. When a furnisher triggers one or more KRI thresholds or otherwise raises concerns in the monitoring process, ChexSystems contacts the furnisher specifically. The purpose of this direct contact is to assess the root cause of the trigger and determine what remedial actions, if any,

the furnisher needs to take. As part of this reach out, as applicable, ChexSystems requires the furnisher to provide descriptions of its policies and procedures for reporting closures, for updating previously reported closures, and for investigating and responding to disputes.

28. As part of this contact, ChexSystems Compliance Office explains to the furnisher the metric it triggered, asks for an explanation as to why the furnisher's reporting resulted in a trigger, and explicitly reminds the furnisher of ChexSystems specific Data Contribution requirements. In response, the furnisher is required to explain the reason for the trigger and provide ChexSystems any requested underlying documentation so ChexSystems can fully evaluate whether any additional remediation is necessary.

29. For certain triggers—like deletion rate—ChexSystems will also explicitly remind the furnisher about ChexSystems' data contribution procedures relates to bankruptcy. That is because a high deletion trigger requires ChexSystems to investigate the reasons for deletion, which could relate to bankruptcy. Even though triggers are not named "bankruptcy," they are designed to uncover various issues in reporting, which could include issues related to bankruptcy reporting.

30. For example, as to Truist, it triggered a ChexSystems compliance review between May 2022 and April 2023 with respect to high deletion rate. ChexSystems contacted Truist and confirmed the deletion rate had nothing to do with bankruptcy. But the compliance communications associated with that trigger provide an example of how ChexSystems confirms furnishers are complying with ChexSystems data contribution policy pertaining to bankruptcy in connection with certain triggers. A copy of this correspondence is attached as **Exhibit H**, Chex0007203-13.

31. In this email, ChexSystems asked Truist to explain its trigger for high deletion rate. *Id.* at Chex007211. In response, Truist explained the reason for the anomaly (unrelated to bankruptcy):

REDACTED

*Id.* at Chex007208.

32. Truist was also required to fill out a new credentialing form to ensure Truist was aware of ChexSystems' requirements and would follow them when furnishing account information. *Id.*

33. In the same email exchange, ChexSystems reminded Truist that its data contribution requirements include specific rules related to bankruptcy, even if the data anomaly was unrelated to bankruptcy. *Id.* And ChexSystems reminded Truist when it should and should not be deleting closure information.

REDACTED

*Id.* at Chex007209.

**High Deletion Rate** [redacted] The account was reported in error; the consumer filed bankruptcy; the consumer is a victim of identity theft; or the consumer is a victim of fraud. Paid accounts should NOT be deleted but must have the status updated to reflect its current standing. Please review your account records to ensure that all records are reported and maintained accurately. (The ChexSystems Closure Reason Code Glossary and FAQ can be

*Id.* at Chex007211.

34. In short, in multiple communications, ChexSystems emphasizes that furnishers must maintain procedures to correct and update information, including procedures to update or delete closures when the furnisher becomes aware that an account has been discharged through bankruptcy.

35. Depending on what ChexSystems' review reveals, ChexSystems may require the furnisher to implement additional training for its personnel or to adopt changes to its policies or practices. [redacted] **Exhibit I,** Chex007257.

36. ChexSystems may ultimately suspend a furnisher's ability to submit new closures to ChexSystems if the furnisher does not pass furnisher monitoring or if it exceeds the same KRI threshold multiple times within a defined period without adequate explanation or remediation.

37. In certain circumstances, ChexSystems may delete closures contributed by a furnisher that fails to adequately respond to ChexSystems' monitoring or to ChexSystems' suspension of that furnisher's ability to contribute data.

38. If necessary, ChexSystems will terminate a furnisher's ability to contribute data to ChexSystems altogether.

39. ChexSystems actively follows these suspension and termination procedures. ChexSystems' business records reflect that it has suspended or terminated a total of [redacted] furnishers since 2022. A true and accurate copy of ChexSystems' Compliance Monitoring Suspension List is attached as **Exhibit J,** Chex007423.

## IX. Evidence Regarding Specific Furnishers

40. Truist Bank furnishes consumer account closure information to ChexSystems and is subject to the Data Contribution Policy and furnisher monitoring program described above.

41. ChexSystems monitors Truist through its KRI monitoring program, just as it does with other furnishers.

42. As part of this monitoring and relationship, ChexSystems has reviewed Truist's policies and procedures for reporting closures and handling disputes. These policies include procedures under which Truist deletes consumer accounts that have been discharged through bankruptcy upon receiving appropriate notice.

43. Based on ChexSystems' monitoring and records, Truist – like other furnishers – routinely notifies ChexSystems when accounts it previously reported have been affected by bankruptcy and requests that those accounts be deleted in accordance with ChexSystems' policies. ChexSystems' business records show that between approximately September 2020 and September 2025, Truist (including SunTrust and BB&T) requested deletion of [redacted] closures previously reported to ChexSystems that had been discharged in bankruptcy subsequent to being initially reported to ChexSystems. These totals are reflected in ChexSystems' internal reporting data. *See* **Ex. G**.

## X. Other Furnishers: Capital One and Key Bank

44. ChexSystems' internal records also reflect substantial bankruptcy-related deletions for other large furnishers. For example, ChexSystems' data show that [redacted] requested deletion of approximately [redacted] closures that had been discharged in bankruptcy, and [redacted] requested deletion of approximately [redacted] such closures, over the period reflected in those records. *See* **Ex. G**.

45. These figures are based on ChexSystems' internal data maintained in the ordinary course of business. They illustrate that furnishers follow ChexSystems' bankruptcy-related policies by notifying ChexSystems and requesting deletions when previously reported accounts are discharged in bankruptcy.

## XI. Report Volumes

46. ChexSystems maintains records in the ordinary course of business reflecting the volume of reports it sells each year. For 2024, as an example, ChexSystems' records reflect that ChexSystems sold approximately [redacted] reports.

## XII. SunTrust's Reporting to ChexSystems

47. Based on my review of ChexSystems' records pertaining to Plaintiff, on July 12, 2019, SunTrust reported Plaintiff's SunTrust account ("Account") as closed, unpaid, with a $458.66 balance to ChexSystems. This July 12, 2019 date is the only date related to the Account in ChexSystems' records. ChexSystems' records reflecting this date include the two QualiFile Reports on Plaintiff in January 2024 and March 2024, and the consumer file disclosure reports ("CFDR") provided to Plaintiff on or about March 22, 2024, and October 17, 2024. True and accurate copies of Plaintiff's QualiFile Reports are attached as **Exhibit K**, Chex008097-99, and **Exhibit L**, Chex008103-06, Plaintiff's March 22 and October 17 CFDRs are attached as **Exhibits M**, Chex000001-9, and **N**, Chex000051-59, and raw data related to Plaintiff's January 11, 2024 QualiFile Report and March 8, 2024 QualiFile Report is attached as **Exhibit O**, Chex007424.

48. The statements in this declaration are based on my personal knowledge and my review of ChexSystems' records and policies.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed this 9th th day of June 2026.

Signed by:
Lori Jones
4965144F192D46D...
Lori Jones

# EXHIBIT A

ChexSystems

| | | |
|---|---|---|
| **1. COMPANY INFORMATION (ALL ITEMS ARE MANDATORY)** | | |
| Company Name: | Main Office Telephone (not ext.): ( ) - | |
| Main Fax: ( ) - | Website: | |
| Current Main Physical Address (P.O. box or private mailbox not permitted): | | |
| Street Address: | | |
| City: | State: | Zip Code: |
| Date Organization Established: | Business Specialization: | |
| **2. IMPLEMENTATION/ACCOUNT CONTACT INFORMATION (ALL ITEMS ARE MANDATORY)** | | |
| Last Name: | First Name: | |
| Title: | Telephone (not cell): ( ) - | |
| Cell Phone (if applicable): | Email: | |
| **3. INDUSTRY AND COMPANY TYPE INFORMATION IS REQUIRED FROM ALL APPLICANTS, USERS, AND FURNISHERS OF INFORMATION**<br>**NOTE: The Business name on license must match the Company name provided.** | | |
| Select the one item that best describes your company: ☐ Banking/Financial ☐ Brokerage ☐ Insurance ☐ Other-If Other Specify: | | |
| Is your company Publicly Held? ☐ YES ☐ NO If yes, please provide stock symbol here ______ | | |
| Is your company a bank or credit union? ☐YES ☐NO If yes, are you insured by the FDIC or NCUA? If **Yes**: ☐FDIC ☐NCUA<br>If FDIC, please provide: Certificate #: Date: If NCUA, please provide: Charter #: Date:<br>If **No**, supporting documentation must be provided or application will be returned and services will not be setup<br>Is your company an actively registered Brokerage Firm or Broker Dealer ☐YES ☐NO<br>If yes, provide brokerage license number CRD # SEC #<br>Broker Name Brokerage Firm Name State Registration # | | |
| Is your organization based in a residence? ☐ YES ☐ NO | | |
| 4. **DATA CONTRIBUTION/FURNISHER CONTACT INFOMATION (ALL ITEMS ARE MANDATORY)** | | |
| Last Name: | First Name: | |
| Street Address: | | |
| City: | State: | Zip Code: |
| Title: | Telephone (not cell): ( ) - | |
| Cell Phone (if applicable): | Email: | |
| 5. **DISPUTE CONTACT INFORMATION** - **FCRA SERVICES <u>ONLY</u>** (all items are mandatory)<br>Indicate the contracted FCRA service(s): ☐ QualiFile ☐ QualiFile Brokerage ☐ ChexAdvisor ☐ Furnisher/Contributor | | |
| Contact Last Name: | Contact First Name: | |
| Department and/or Attn Name: | | |
| Preferred Delivery Method: ☐ USPS Mail ☐ Email (if email is chosen, disputes will be delivered by mail until secure email established) | | |
| Mailing Address: | | |
| City: | State: | Zip Code: |
| Email: | Contact Telephone (not cell): ( ) - | |
| Contact Info to Provide to Consumer: | | |

ChexSystems®

| | |
|---|---|
| **6. AUTHORIZATION AND ACKNOWLEDGEMENT**<br>Clients are required to pass credentialing prior to Chex Systems, Inc. and its affiliates ("Chex") providing certain data services. As such, Client hereby authorizes Chex to obtain information about Client's commercial activities and financial condition from third parties, including, without limitation, banks, credit or consumer reporting agencies, any business references provided by Client, as well as any other third party that can provide such information. Client agrees that this document shall serve as Client's consent for any third party to release information requested by Chex to Chex or its representative, and Client hereby releases such third party and Chex of all liability associated with such disclosure. In addition to the information that may be requested from third parties as specified above, Chex may elect, and Client consents to, a physical inspection of Client facilities. Client hereby authorizes Chex, or a third-party vendor of Chex to conduct such an inspection, and agrees to provide all reasonable cooperation necessary to complete such inspection in a meaningful and timely fashion. In addition, Client understands that it may be required to provide supplemental information to Chex upon request.<br><br>**For FCRA Users and Furnishers ONLY**: FCRA users and furnishers of information have certain obligations as defined by 15 U.S.C. 1681 of the FCRA. Attached are two important notices that Client must read and initial.<br><br>Client hereby acknowledges that Client has received and read both the "FCRA Notice to Furnishers" and "FCRA Notice to Users." | |
| **THE DULY AUTHORIZED REPRESENTATIVE OF CLIENT HEREBY REPRESENTS AND WARRANTS THAT THE INFORMATION PROVIDED IN THIS APPLICATION IS TRUE AND ACCURATE.** | |
| Signature: | Date: |
| Printed Name: | Title: |

CONFIDENTIAL

**All users of consumer reports must comply with all applicable regulations. Information about applicable regulations currently in effect can be found at the Consumer Financial Protection Bureau's website, www.consumerfinance.gov/learnmore.**

**NOTICE TO USER OF CONSUMER REPORTS:**
**OBLIGATIONS OF USERS UNDER THE FCRA**

The federal Fair Credit Reporting Act (FCRA), 15 U.S.C 1681-1681y requires that this notice be provided to inform users of consumer reports of their legal obligations. State law may impose additional requirements. The text of the FCRA is set forth in full at the Consumer Financial Protection Bureau's (CFPB) website at www.consumerfinance.gov/learnmore. At the end of this document is list of United States Code citations of the FCRA. Other information about user duties is also available at the Bureau's website. **Users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA.**

This first section of this summary sets forth the responsibilities imposed by the FCRA on all users of consumer reports. The subsequent sections discuss the duties of users of reports that contain specific types of information, or that are used for certain purposes, and the legal consequences of violations. If you are a furnisher of information to a consumer reporting agency (CRA), you have additional obligations and will receive a separate notice from the CRA describing your duties as a furnisher.

**I. OBLIGATIONS OF ALL USERS OF CONSUMER REPORTS**

**A. Users Must Have a Permissible Purpose**

Congress has limited the use of consumer reports to protect consumer's privacy. All users must have a permissible purpose under the FCRA to obtain a consumer report. Section 604 contains a list of the permissible purposes under the law. These are:

- As ordered by a court or a federal grand jury subpoena. *Section 604(a)(1)*
- As instructed by the consumer in writing. *Section 604(a)(2)*
- For the extension of credit as a result of an application from a consumer, or the review or collection of a consumer's account. *Section 604(a)(3)(A)*
- For employment purposes, including hiring and promotion decisions, where the consumer has given written permission. *Sections 604(a)(3)(B) and 604(b)*
- For the underwriting of insurance as a result of an application from a consumer. *Section 604(a)(3)(C)*
- When there is a legitimate business need, in connection with a business transaction that is initiated by the consumer. *Section 604(a)(3)(F)(i)*
- To review a consumer's account to determine whether the consumer continues to meet the terms of the account. *Section 604(a)(3)(F)(ii)*
- To determine a consumer's eligibility for a license or other benefit granted by a governmental instrumentality required by law to consider an applicant's financial responsibility or status. *Section 604(a)(3)(D)*
- For use by a potential investor or servicer, or current insurer, in a valuation or assessment of the credit or prepayment risks associated with an existing credit obligation. *Section 604(a)(3)(E)*
- For use by state and local officials in connection with the determination of child support payments, or modifications and enforcement thereof. *Sections 604(a)(4) and 604(a)(5)*

In addition, creditors and insurers may obtain certain consumer report information for the purpose of making "prescreened" unsolicited offers of credit or insurance. *Section 604(c)*. The particular obligations of users of this "prescreened" information are described in Section VII below.

**B. Users Must Provide Certifications**

Section 604(f) prohibits any person from obtaining a consumer report from a consumer reporting agency (CRA) unless the person has certified to the CRA the permissible purpose(s) for which the report is being obtained and certifies that the report will not be used for any other purpose.

**C. Users Must Notify Consumers When Adverse Actions Are Taken**

The term "adverse action" is defined very broadly by Section 603. "Adverse actions" include all business, credit, and employment actions affecting consumers that can be considered to have a negative impact as described by Section 603(k) of the FCRA -- such as denying or canceling credit or insurance, or denying employment or promotion. No adverse action occurs in a credit transaction where the creditor makes a counteroffer that is accepted by the consumer.

**1. Adverse Actions Based on Information Obtained from a CRA**

If a user takes any type of adverse action as defined by the FCRA that is based at least in part on information contained in a consumer report, Section 615(a) of the FCRA requires the user to notify the consumer. The notification may be done in writing, orally, or by electronic means. It must include the following:

- The name, address, and telephone number of the CRA (including a toll-free telephone number, if it is a nationwide CRA) that provided the report.
- A statement that the CRA did not make the adverse decision and is not able to explain why the decision was made.
- A statement setting forth the consumer's right to obtain a free disclosure of the consumer's file from the CRA if the consumer requests the report within 60 days.
- A statement setting forth the consumer's right to dispute directly with the CRA the accuracy or completeness of any information provided by the CRA.

**2. Adverse Actions Based on Information Obtained From Third Parties Who Are Not Consumer Reporting Agencies**

If a person denies (or increases the charge for) credit for personal, family, or household purposes based either wholly or partly upon information from a person other than a CRA, and the information is the type of consumer information covered by the FCRA, Section 615(b)(1) requires that the user clearly and accurately disclose to the consumer his or her right to be told of the nature of the information that was relied upon if the consumer makes a written request within 60 days of notification. The user must provide the disclosure within a reasonable period of time following the consumer's written request.

**3. Adverse Actions Based on Information Obtained From Affiliates**

If a person takes an adverse action involving insurance, employment, or a credit transaction initiated by the consumer, based on information of the type covered by the FCRA, and this information was obtained from an entity affiliated with the user of the information by common ownership or control, Section 615(b)(2) requires the user to notify the consumer of the adverse action. The notice must inform the consumer that he or she may obtain a disclosure of the nature of the information relied upon by making a written request within 60 days of receiving the adverse action notice. If the consumer makes such a request, the user must disclose the nature of the information not later than 30 days after receiving the request. If consumer report information is shared among affiliates and then used for an adverse action, the user must make an adverse action disclosure as set forth in I.C.1 above.

**D. Users Have Obligations When Fraud and Active Duty Military Alerts are in Files**

When a consumer has placed a fraud alert, including one relating to identity theft, or an active duty military alert with a nationwide consumer reporting agency as defined in Section 603(p) and resellers, Section 605A(h) imposed limitations on users of reports obtained from the consumer reporting agency in certain circumstances, including the establishment of a new credit plan and the issuance of additional credit cards. For initial fraud alerts and active duty alerts, the user must have reasonable policies and procedures in place to form a belief that the user knows the identity of the applicant or contact the consumer at a telephone number specified by the consumer; in the case of extended fraud alerts, the user must contact the consumer in accordance with the contact information provided in the consumer's alert.

**E. Users Have Obligations When Notified of an Address Discrepancy**

Section 605(h) requires nationwide CRAs, as defined in Section 603(p), to notify users that request reports when the address for a consumer provided by the user in requesting the report is substantially different from the addresses in the consumer's file. When this occurs, users must comply with regulations specifying the procedures to be followed. Federal regulations are available at www.consumerfinance.gov/learnmore.

**F. Users Have Obligations When Disposing of Records**

Section 628 requires that all users of consumer report information have in place procedures to properly dispose of records containing this information. Federal regulations have been issued that cover disposal.

**II. CREDITORS MUST MAKE ADDITIONAL DISCLOSURES**

If a person uses a consumer report in connection with an application for, or a grant, extension, or provision of, credit to a consumer or material terms that materially less favorable than the most favorable terms available to a substantial proportion of consumers from or through that person, based in whole or in part on a consumer report, the person must provide a risk-based pricing notice to the consumer in accordance with regulations prescribed by the CFPB.

Section 609(g) requires a disclosure by all persons that make or arrange loans secured by residential real property (one to four units) and that use credit scores. These persons must provide credit scores and other information about credit scores to applicants, including the disclosure set forth in Section 609(g)(1)(D) ("Notice to the Home Loan Applicant").

**III. OBLIGATIONS OF USERS WHEN CONSUMER REPORTS ARE OBTAINED FOR EMPLOYMENT PURPOSES**

**A. Employment Other Than in the Trucking Industry**

If information from a CRA is used for employment purposes, the user has specific duties, which are set forth in Section 604(b) of the FCRA. The user must:

- Make a clear and conspicuous written disclosure to the consumer before the report is obtained, in a document that consists solely of the disclosure that a consumer report may be obtained.
- Obtain from the consumer prior written authorization. Authorization to access reports during the term of employment may be obtained at the time of employment.
- Certify to the CRA that the above steps have been followed, that the information being obtained will not be used in violation of any federal or state equal opportunity law or regulation, and that, if any adverse action is to be taken based on the consumer report, a copy of the report and a summary of the consumer's rights will be provided to the consumer.
- **Before** taking an adverse action the user must, provide a copy of the report to the consumer as well as the summary of the consumer's rights. (The user should receive this summary from the CRA.) A Section 615(a) adverse action notice should be sent after the adverse action is taken.

An adverse action notice also is required in employment situations if credit information (other than transactions and experience data) obtained from an affiliate is used to deny employment. *Section 615(b)(2)*.

The procedures for investigative consumer reports and employee misconduct is set forth below.

**B. Employment in the Trucking Industry**

Special rules apply for truck drivers where the only interaction between the consumer and the potential employer is mail, telephone, or computer. In this case, the consumer may provide consent orally or electronically, and an adverse action may be made orally, in writing, or electronically. The consumer may obtain a copy of any report relied upon by the trucking company by contacting the company.

**IV. OBLIGATIONS WHEN INVESTIGATIVE CONSUMER REPORTS ARE USED**

Investigative consumer reports are a special type of consumer report in which information about a consumer's character, general reputation, personal characteristics, and mode of living is obtained through personal interviews by an entity or person that is a consumer reporting agency. Consumers who are the subjects of such reports are given special rights under the FCRA. If a user intends to obtain an investigative consumer report, Section 606 requires the following:

- The user must disclose to the consumer that an investigative consumer report may be obtained. This must be done in a written disclosure that is mailed, or otherwise delivered, to the consumer not later than three days after the date on which the report was first requested. The disclosure must include a statement informing the consumer of his or her right to request additional disclosures of the nature and scope of the investigation as described below, and must include the summary of consumer rights required by Section 609 of the FCRA. (The summary of consumer rights will be provided by the CRA that conducts the investigation.)

- The user must certify to the CRA that the disclosures set forth above have been made and that the user will make the disclosure described below.
- Upon the written request of a consumer made within a reasonable period of time after the disclosures required above, the user must make a complete disclosure of the nature and scope of the investigation. This must be made in a written statement that is mailed, or otherwise delivered, to the consumer no later than five days after the date on which the request was received from the consumer or the report was first requested, whichever is later in time.

## V. SPECIAL PROCEDURES FOR EMPLOYEE INVESTIGATIONS

Section 603(x) provides special procedures for investigations of suspected misconduct by an employee or for compliance with Federal, state or local laws and regulations or the rules of a self-regulatory organization, and compliance with written polices of the employer. These investigations are not treated as consumer reports so long as the employer or its agent complies with the procedures set forth in 603(x), and a summary describing the nature and scope of the inquiry is made to the employee if an adverse action is taken based on the investigation.

## VI. OBLIGATIONS OF USERS OF MEDICAL INFORMATION

Section 604(g) limits the use medical information obtained from consumer reporting agencies (other than payment information that appears in a coded form that does not identify the medical provider). If the information is to be used for insurance transaction, the consumer must give consent to the user of the report or the information must be coded. If the report is to be used for employment purposes – or in connection with a credit transaction (except as provided in federal regulations) – the consumer must provide specific written consent and the medical information must be relevant. Any user who receives medical information shall not disclose the information to any other person (except where necessary to carry out the purpose for which the information was disclosed, or as permitted by statue, regulation, or order).

## VII. OBLIGATIONS OF USERS OF "PRESCREENED" LISTS

The FCRA permits creditors and insurers to obtain limited consumer report information for use in connection with unsolicited offers of credit or insurance under certain circumstances. *Sections 603(l), 604(c), 604(e), and 615(d)*. This practice is known as "prescreening" and typically involves obtaining from a CRA a list of consumers who meet certain pre-established criteria. If any person intends to use prescreened lists, that person must (1) before the offer is made, establish the criteria that will be relied upon to make the offer and to grant credit or insurance, and (2) maintain such criteria on file for a three-year period beginning on the date on which the offer is made to each consumer. In addition, any user must provide with each written solicitation a clear and conspicuous statement that:

- Information contained in a consumer's CRA file was used in connection with the transaction.
- The consumer received the offer because he or she satisfied the criteria for credit worthiness or insurability used to screen for the offer.
- Credit or insurance may not be extended if, after the consumer responds, it is determined that the consumer does not meet the criteria used for screening or any applicable criteria bearing on creditworthiness or insurability, or the consumer does not furnish required collateral.
- The consumer may prohibit the use of information in his or her file in connection with future prescreen offers of credit or insurance by contacting the notification system established by the CRA that provided the report. This statement must include the address and toll-free telephone number of the appropriate notification system.

In addition, the CFPB has established the format, type, size and manner of the disclosure required by Section 615(d) with which user must comply. The relevant regulation is 12 CFR 1022.54.

## VIII. OBLIGATIONS OF RESELLERS

### A. Disclosure and Certification Requirements

Section 607(e) of the FCRA requires any person who obtains a consumer report for resale to take the following steps:

- Disclose the identity of the end-user to the source CRA.
- Identify to the source CRA each permissible purpose for which the report will be furnished to the end-user.
- Establish and follow reasonable procedures to ensure that reports are resold only for permissible purposes, including procedures to obtain:

- the identity of all end-users;
- certifications from all users of each purpose for which reports will be used; and
- certifications that reports will not be used for any purpose other than the purpose(s) specified to the reseller. Resellers must make reasonable efforts to verify this information before selling the report.

### B. Reinvestigation by Resellers

Under Section 611(f), if a consumer disputes the accuracy or completeness of information in a report prepared by a reseller, the reseller must determine whether this is a result of an action or omission on its part and, if so, correct or delete the information. If not, the reseller must send the dispute to the source CRA for reinvestigation. When any CRA notifies the reseller of the results of an investigation, the reseller must immediately convey the information to the consumer.

### C. Fraud Alerts and Resellers

Section 605A(f) requires resellers who receive fraud alerts or active duty alerts from another consumer reporting agency to include these in their reports.

## IX. LIABILITY FOR VIOLATIONS OF THE FCRA

Failure to comply with the FCRA can result in state government or federal government enforcement actions, as well as private lawsuits. *Sections 616, 617, and 621*. In addition, any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution. *Section 619*

The CFPB's website, www.consumerfinance.gov/learnmore, has more information about the FCRA, including publications for businesses and the full text of the FCRA.

**Citations for FCRA sections in the U.S. Code, 15 U.S.C. § 1681 et seq.:**

| | | | |
|---|---|---|---|
| Section 602 | 15 U.S.C. 1681 | Section 615 | 15 U.S.C. 1681m |
| Section 603 | 15 U.S.C. 1681a | Section 616 | 15 U.S.C. 1681n |
| Section 604 | 15 U.S.C. 1681b | Section 617 | 15 U.S.C. 1681o |
| Section 605 | 15 U.S.C. 1681c | Section 618 | 15 U.S.C. 1681p |
| Section 605A | 15 U.S.C. 1681cA | Section 619 | 15 U.S.C. 1681q |
| Section 605B | 15 U.S.C. 1681cB | Section 620 | 15 U.S.C. 1681r |
| Section 606 | 15 U.S.C. 1681d | Section 621 | 15 U.S.C. 1681s |
| Section 607 | 15 U.S.C. 1681e | Section 622 | 15 U.S.C. 1681s-1 |
| Section 608 | 15 U.S.C. 1681f | Section 623 | 15 U.S.C. 1681s-2 |
| Section 609 | 15 U.S.C. 1681g | Section 624 | 15 U.S.C. 1681t |
| Section 610 | 15 U.S.C. 1681h | Section 625 | 15 U.S.C. 1681u |
| Section 611 | 15 U.S.C. 1681i | Section 626 | 15 U.S.C. 1681v |
| Section 612 | 15 U.S.C. 1681j | Section 627 | 15 U.S.C. 1681w |
| Section 613 | 15 U.S.C. 1681k | Section 628 | 15 U.S.C. 1681x |
| Section 614 | 15 U.S.C. 1681l | Section 629 | 15 U.S.C. 1681y |

**All furnishers of information to consumer reporting agencies must comply with all applicable regulations. Information about applicable regulations currently in effect can be found at the Consumer Financial Protection Bureau's website, www.consumerfinance.gov/learnmore.**

**NOTICES TO FURNISHERS OF INFORMATION:**

**OBLIGATIONS OF FURNISHERS UNDER THE FCRA**

The federal Fair Credit Reporting Act (FCRA), 15 U.S.C. 1681-1681y, imposes responsibilities on all persons who furnish information to consumer reporting agencies (CRAs). These responsibilities are found in Section 623 of the FCRA, 15 U.S.C. 1681s-2. State law may impose additional requirements on furnishers. All furnishers of information to CRAs should become familiar with the applicable laws and may want to consult with their counsel to ensure that they are in compliance. The text of the FCRA is available at the website of the Bureau of Consumer Financial Protection's (CFPB): website www.consumerfinance.gov/learnmore. A list of sections of the FCRA cross-referenced to the U.S. Code is at the end of this document.

Section 623 imposes the following duties upon furnishers:

Accuracy Guidelines

The FCRA requires furnishers to comply with federal guidelines and regulations dealing with the accuracy of information provided to CRAs by furnishers. Federal regulations and guidelines are available at www.consumerfinance.gov/learnmore. *Section 623(e)*.

General Prohibition on Reporting Inaccurate Information:

The FCRA prohibits information furnishers from providing information to a CRA that they know or have reasonable cause to believe is inaccurate. However, the furnisher is not subject to this general prohibition if it clearly and conspicuously specifies an address to which consumers may write to notify the furnisher that certain information is inaccurate. *Sections 623(a)(1)(A) and (a)(1)(C).*

Duty to Correct and Update Information:

If at any time a person who regularly and in the ordinary course of business furnishes information to one or more CRAs determines that the information provided is not complete or accurate, the furnisher must provide complete and accurate information to the CRA. In addition, the furnisher must notify all CRAs that received the information of any corrections, and must thereafter report only the complete and accurate information. *Section 623(a)(2).*

Duties After Notice of Dispute from Consumer:

If a consumer notifies a furnisher, at an address specified by the furnisher for such notices, that specific information is inaccurate, and the information is in fact inaccurate, the furnisher must thereafter report the correct information to CRAs. *Section 623(a)(1)(B).*

If a consumer notifies a furnisher that the consumer disputes the completeness or accuracy of any information reported by the furnisher, the furnisher may not subsequently report that information to a CRA without providing notice of the dispute. *Section 623(a)(3).*

Furnisher must comply with federal regulations that identify when an information furnisher must investigate a dispute made directly to the furnisher by a consumer. Under these, furnishers must complete an investigation within 30 days (or 45 days, if the consumer later provides relevant additional information) unless the dispute is frivolous or irrelevant or comes from a "credit repair organization." Federal regulations are available at www.consumerfinance.gov. *Section 623(a)(8).*

Duties After Notice of Dispute from Consumer Reporting Agency:

If a CRA notifies a furnisher that a consumer disputes the completeness or accuracy of information provided by the furnisher, the furnisher has a duty to follow certain procedures. The furnisher must:

- Conduct an investigation and review all relevant information provided by the CRA, including information given to the CRA by the consumer. *Sections 623(b)(1)(A) and (b)(1)(B).*
- Report the results to the CRA that referred the dispute, and, if the investigation establishes that the information was, in fact, incomplete or inaccurate, report the results to all CRAs to which the furnisher

provided the information that compile and maintain files on a nationwide basis. *Sections 623(b)(1)(C) and (b)(1)(D).*

- Complete the above within 30 days from the date the CRA receives the dispute (or 45 days, if the consumer later provides relevant additional information to the CRA). *Section 623(b)(2).*
- Promptly modify or delete information, or block its reporting. *Section 623(b)(1)(E).*

Duty to Report Voluntary Closing of Credit Accounts:

If a consumer voluntarily closes a credit account, any person who regularly and in the ordinary course of business furnishes information to one or more CRAs must report this fact when it provides information to CRAs for the time period in which the account was closed. *Section 623(a)(4).*

Duty to Report Dates of Delinquencies:

If a furnisher reports information concerning a delinquent account placed for collection, charged to profit or loss, or subject to any similar action, the furnisher must, within 90 days after reporting the information, provide the CRA with the month and the year of the commencement of the delinquency that immediately preceded the action, so that the agency will know how long to keep the information in the consumer's file. *Section 623(a)(5).*

Any person, such as a debt collector, that has acquired or is responsible for collecting delinquent accounts and that reports information to CRAs may comply with the requirements of Section 623(a)(5) (until there is a consumer dispute) by reporting the same delinquency date previously reported by the credit. If the credit did not report this date, they may comply with the FCRA by establishing reasonable procedures to obtain and report delinquency dates, or, if a delinquency date cannot be reasonable obtained, by following reasonable procedures to ensure that the date reported precedes the date when the account was placed for collection, charges to profit or loss, or subjected to any similar action. Section 623(a)(5).

Duties of Financial Institutions When Reporting Negative Information

Financial Institutions that furnish information to "nationwide" consumer reporting agencies, as defined in Section 603(p), must notify consumers in writing if they may furnish or have furnished negative information to a CRA. *Section 623(a)(7).* The CFPB has prescribed model disclosures, 12 CFR Part 1022, App. B.

Duties When Furnishing Medical Information

A furnisher whose primary business is providing medical services, products or devices (and such furnisher's agents or assignees) is a medical information furnisher for the purposes of the FCRA and must notify all CRAs to which it reports of this fact. *Section 623(a)(9).* This notice will enable CRAs to comply with their duties under Section 604(g) when reporting medical information.

Duties When ID Theft Occurs

All furnishers must have in place reasonable procedures to respond to notifications from CRAs that information furnished is the result of identity theft, and to prevent refurnishing the information in the future. A furnisher may not furnish information that a consumer has identified as resulting from identity theft unless the furnisher subsequently knows or is informed by the consumer that the information is correct. *Section 623(a)(6).* If a furnisher learns that it has furnished inaccurate information due to identity theft, it must notify each CRA of the correct information and must thereafter report only complete and accurate information. *Section 623(a)(2).* When any furnisher of information is notified pursuant to the procedures set forth in Section 605B that a debt has resulted from identity theft, the furnisher may not sell, transfer, or place for collection the debt except in certain limited circumstances. *Section 615(f).*

**The CFPB's website, www.consumerfinance.gov/learnmore, has more information about the FCRA, including publications for business and the full text of the FCRA.**

**Citations for FCRA sections in the U.S. Code, 15 U.S.C. § 1681 et seq.:**

| | | | |
|---|---|---|---|
| Section 602 | 15 U.S.C. 1681 | Section 615 | 15 U.S.C. 1681m |
| Section 603 | 15 U.S.C. 1681a | Section 616 | 15 U.S.C. 1681n |
| Section 604 | 15 U.S.C. 1681b | Section 617 | 15 U.S.C. 1681o |
| Section 605 | 15 U.S.C. 1681c | Section 618 | 15 U.S.C. 1681p |
| Section 605A | 15 U.S.C. 1681cA | Section 619 | 15 U.S.C. 1681q |
| Section 605B | 15 U.S.C. 1681cB | Section 620 | 15 U.S.C. 1681r |
| Section 606 | 15 U.S.C. 1681d | Section 621 | 15 U.S.C. 1681s |
| Section 607 | 15 U.S.C. 1681e | Section 622 | 15 U.S.C. 1681s-1 |
| Section 608 | 15 U.S.C. 1681f | Section 623 | 15 U.S.C. 1681s-2 |
| Section 609 | 15 U.S.C. 1681g | Section 624 | 15 U.S.C. 1681t |
| Section 610 | 15 U.S.C. 1681h | Section 625 | 15 U.S.C. 1681u |
| Section 611 | 15 U.S.C. 1681i | Section 626 | 15 U.S.C. 1681v |
| Section 612 | 15 U.S.C. 1681j | Section 627 | 15 U.S.C. 1681w |
| Section 613 | 15 U.S.C. 1681k | Section 628 | 15 U.S.C. 1681x |
| Section 614 | 15 U.S.C. 1681l | Section 629 | 15 U.S.C. 1681y |

# EXHIBIT B

CONFIDENTIAL

**Legal Contract Summary**

FIDELITY NATIONAL
INFORMATION SERVICES

REDACTED

## Financial Services Agreement

This Financial Services Agreement ("Agreement") is entered into as of 4/30/09 ("Effective Date") by Chex Systems, Inc. ("Chex"), a Minnesota corporation and REDACTED ("Client"), a North Carolina corporation with offices in Raleigh, North Carolina.

**1. Definitions**

REDACTED

**2. Services**

REDACTED

**3. Fees & Payment**

REDACTED

**4. Term & Termination**

REDACTED

CONFIDENTIAL

REDACTED

REDACTED

5. Client Use of Services and Chex Data

REDACTED

CONFIDENTIAL

REDACTED

REDACTED

6. Chex Use of Information

REDACTED





[redacted]

CONFIDENTIAL

REDACTED

7. **Security of Information and Chex Data**

REDACTED

8. **Remedies and Limitations of Liability**

REDACTED

REDACTED

9. **Indemnification**

REDACTED

CONFIDENTIAL

REDACTED

**10. Warranties**

REDACTED

REDACTED

**11. Confidential Information**

REDACTED

**12. Use and Ownership of Intellectual Property**

REDACTED

**13. Data Contribution**

Notwithstanding anything to the contrary in the Confidentiality Agreement:

(A) Client represents and warrants that it will comply with the Data Contribution Policy and both parties agree that the Data Contribution Policy shall be incorporated into this Agreement.

(B) Client agrees to make available to Chex certain additional Information set forth in the applicable Documentation, the Data Contribution Policy, or as specified by Chex from time to time. Client may contribute such Information directly or through a third party service provider, as may be agreed upon by Client and Chex. Chex will provide assistance to Client in preparing and delivering the Information to Chex at Client's request. Chex





[redacted]

CONFIDENTIAL

may, at its option and expense, incorporate the Information into its consumer reporting system.

**14. Audit**

REDACTED

**15. Assignment**

REDACTED

**16. Disaster Recovery**

(

REDACTED

REDACTED

**17. Force Majeure**

REDACTED

**18. Taxes**

REDACTED

**19. Miscellaneous**

REDACTED

with their terms.

**20. Entire Agreement**

REDACTED

[redacted]

CONFIDENTIAL

REDACTED

REDACTED

IN WITNESS WHEREOF, the parties authorized representatives have executed this Agreement effective as of the Effective Date.

[redacted]

BY: Judy Keeter
(Signature)
NAME: Judy Keeter
TITLE: Senior Vice President
DATE: 4/30/09
ADDRESS: 223 West Nash Street
Wilson, NC 27894

CHEX SYSTEMS, INC.
BY: [signature]
(Signature)
NAME: Lenny Smith
TITLE: Senior Vice President
DATE: 5/27/09
ADDRESS:
Chex Systems, Inc.
Attn: Contract Processing
601 S. Lake Destiny Road, Ste. 300
Maitland, FL 32751

*With copy to:*

3200 Beechleaf Court, Suite 1000
Raleigh, NC 27604
Attention: [redacted]
Fax: (919) 745-5089
Phone: (919) 745-5082

# EXHIBIT C




# Data Contribution Policy

v2.9
April 26, 2024

Classified as FIS Client Confidential

## Table of Contents

**Introduction** 3

**Policy Statement** 3

**Standards** 3

**Requirements** 3

Furnishers Responsibilities 4

**Enforcement** 4

Monitoring Compliance with Policy 5

Non-Compliant Actions 5

ChexSystems Enforcement Actions Against Furnishers that Violate Policy 5

**Notice to Furnishers of Information** 6

**Review Frequency** 7

**Review Owner** 7

**Revision History Table** 7

**Retired Specifications** 7

**Statement of Confidentiality** 7

Copyright 8

Trademark 8



© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

## Introduction

Chex Systems, Inc. (ChexSystems) is an indirect wholly owned subsidiary of Fidelity National Information Services, Inc. (FIS). This Data Contribution Policy (Policy) establishes the requirements for all furnishers ("Furnisher") who provide information to ChexSystems. Compliance with this Policy supports the maintenance of accurate consumer and business data and ensures compliance with furnisher and consumer reporting agency obligations under applicable laws, including but not limited to the federal Fair Credit Reporting Act, and its implementing regulations (FCRA). As a furnisher of information to ChexSystems, you are required to comply with Section 623 of the FCRA.

## Policy Statement

Furnishers have a contractual and legal responsibility to provide accurate consumer and business account data using the instructions and specifications provided by ChexSystems. All users of ChexSystems consumer and non-consumer reporting products are required to contribute data to ChexSystems. Contractually, furnishers are required to comply with this Policy and the applicable Data Contribution Standard ("Standard"), which is incorporated herein by this reference. ChexSystems has Standards for furnishing consumer information and business information. In addition, upon termination of a client agreement or cessation of furnishing new records, you are required to continue to comply with your obligations under the FCRA relating to accuracy of information and handling of consumer disputes and complaints.

Furnished consumer and business data creates and enhances ChexSystems consumer and non-consumer reports for all clients. ChexSystems is a consumer reporting agency and has a responsibility to monitor and ensure the quality and accuracy of data contributed by its Furnishers. ChexSystems monitors its Furnishers' data contribution on a regular basis to ensure compliance with this Policy and the applicable Standard. ChexSystems makes data contribution training available, and failure to comply with this Policy and associated documentation could result in outreach that may require remediation.

## Standards

Data Contribution Standards provide greater detail on the data contribution reporting requirements. Each Furnisher is required to follow ChexSystems Standards, and the Data Contribution User Guide, Closure Reason Code Glossary, and/or Batch Specification, when contributing data.

ChexSystems has three Data Contribution Standards:

- Data Contribution Standard – Consumer Deposit Accounts;
- Data Contribution Standard – Business Accounts; and
- Data Contribution Standard – Non-Deposit Accounts.

Furnishers must use the appropriate Standard based on the type of data being furnished.

## Requirements

Furnishers should refer to the appropriate ChexSystems Data Contribution User Guide, Batch Specification, or other data contribution documentation made available by ChexSystems for step-by-step guidance on reporting information. Clients are contractually required to report information on a minimum daily or weekly basis, in accordance with this Policy and the applicable Standard.



© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

## Furnishers Responsibilities

Furnishers are required to ensure the following when contributing data to ChexSystems:

- Comply with furnisher obligations, including but not limited to Section 623, outlined in the FCRA and other applicable laws and regulations;
- Adequately train Furnisher staff and leverage the ChexSystems data contribution training;
- Maintain user accounts on the eAccess systems with accurate data contribution, dispute handling, and compliance contact information (contact the FIS Support Group at 844.6 FIS NOW (844.634.7669) or by creating a Client Portal Ticket at https://my.fisglobal.com for assistance in locating training resources on eAccess);
- Abide by the Policy, Standard, Data Contribution User Guide, Batch Specifications, Closure Reason Glossary, and other data contribution documentation;
- Provide update to date  account status in a timely manner when changes occur, including updating the closure status to reflect the status of the account;
- Adhere to ChexSystems' coding quality standards as required for batch file certification;
- Ensure all information is accurate, complete, and reported in a timely manner;
- Furnishers must conduct reasonable investigations and assist in the investigation of consumer disputes submitted directly to ChexSystems by ensuring ChexSystems Consumer Relations team has up-to-date contact information where investigations can be sent, and respond to dispute notices from ChexSystems in a timely manner;
- It is not acceptable to submit test cases or fictitious information in any data contribution production environment;
- Respond to any exception reporting resulting from the rejection of records included in a batch file submission;
- Update ChexSystems regarding client staff changes for data contribution/furnisher and dispute handling responsibilities by contacting the FIS Support Group at 844.6 FIS NOW (844.634.7669) or by creating a Client Portal Ticket at https://my.fisglobal.com;
- Contact FIS Support when applied file changes occur to a batch file for recertification with ChexSystems; and
- Comply with applicable laws and regulations.

ChexSystems strongly encourages each Furnisher to perform regular internal reviews to verify that its data contribution process complies with the applicable Standard and the Data Contribution User Guide.

## Enforcement

Compliance with and enforcement of this Policy is critical to maintaining the accuracy and integrity of ChexSystems' databases and ensuring ongoing compliance with the FCRA and other applicable laws and regulations. Contributing accurate data to ChexSystems is a requirement for Furnishers, and any intentional contribution of inaccurate information violates this Policy and potentially violates applicable law.

**NOTE:** Test data submitted to a production environment is by definition not accurate and does not have permissible purpose. Test data submitted to a production environment is an intentional contribution of inaccurate information, violates this policy, and potentially violates applicable law.


© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

ChexSystems®

## Monitoring Compliance with Policy

ChexSystems regularly monitors data contribution to ensure compliance with this Policy and the FCRA. It is the responsibility of Furnishers to comply with all furnisher responsibilities in the FCRA, this Policy, the applicable Standard, and any other instructions provided through training, user guides, and the specifications. Regular monitoring and identification of data issues may result in ChexSystems contacting the Furnisher to resolve the data issue.

ChexSystems monitors and investigates any potential non-compliance to determine if further action and/or remediation is required. Clients and furnishers are required to respond to any investigation requests or notices within the timeframe outlined in the associated notice. Failure to respond to notices, investigation requests, and violations of this Policy will be reported to the ChexSystems Compliance Office for further action, up to and including suspension or possible termination of services.

## Non-Compliant Actions

It is ChexSystems' intent to work with Furnishers to address compliance issues. Compliance issues must be corrected immediately after notification from ChexSystems. Alternatively, at ChexSystems discretion, the Furnisher must provide a documented plan outlining the corrective course of action to be taken by the Furnisher. ChexSystems reserves the right to require progress report meetings to ensure proper reporting practices and may charge fees in connection with any professional services required to be performed by ChexSystems in connection with data contribution and/or furnished information.

## ChexSystems Enforcement Actions Against Furnishers that Violate Policy

Possible enforcement actions for compliance violations may include the following:

- Returning records or sending exception reports to the Furnisher for updating of non-compliant information;
- Contacting the Furnisher to develop a plan to address non-compliance and remediate the issue;
- Removing access to products and services if the Furnisher fails to respond, or has not established compliance or developed a plan to establish compliance;
- Removing Furnisher records from ChexSystems databases until issue is remediated;
- Assessment of fees and surcharges based on the professional services and/or costs incurred by ChexSystems to perform outreach, data removal or correction. ChexSystems' removal of or correction of data may not be contingent upon receipt of any fees or surcharges; and
- Suspension or termination of services.



© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

## Notice to Furnishers of Information

The FCRA mandates that Furnishers comply with the requirements in the Notice to Furnishers of Information provided by ChexSystems to Furnishers. Such Notice details the legal obligations of all data furnishers to provide accurate information to consumer reporting agencies.

Furnisher responsibilities include a prohibition against reporting inaccurate information. Additional Furnisher responsibilities include, but are not limited to, the duty to correct and update information (e.g., closure status and closure status date), duties for dispute resolution, duty to report accurate dates of delinquency (e.g., date of closure), duty when reporting negative information, and duties when identity theft occurs.

All Furnishers must comply with all applicable regulations. including regulations promulgated after the Notice to Furnishers of Information was prescribed in 2004.A copy of the Notice to Furnishers of Information may be found at: https://www.consumer.ftc.gov/articles/pdf-0092-notice-to-furnishers.pdf.

A Furnisher should consult with its own legal counsel or compliance resources if it is unclear about its obligations.



© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

# EXHIBIT D




# Data Contribution Deposit Accounts V002 Batch Specification

v1.11

May 24, 2024

Classified as FIS Client Confidential

### Do Not Report the Following:

Furnishers should not contribute the following types of information:

- Information resulting from identity theft, or where the account holder is a victim of suspected fraud or human trafficking.
- Information that is known or believed to be inaccurate.
- Accounts voluntarily closed by the consumer and unilaterally reopened by the financial institution in order to allow transactions to process, resulting in non-sufficient funds activity and/or incurring fees.
- Accounts already included in a bankruptcy disposition.
- Safety Deposit Box Accounts.
- Disputed accounts unless the item is designated as "disputed" at the time of submittal.
- Derogatory accounts (account closures) older than five (5) years from the initial charge off date on closures.
- Business account signers, unless it is a sole proprietor or a partner where the consumer(s) has a financial liability for the account; or
- Estate, Trust, minor or similar type of accounts. Furnishers may only report the names of those who are financially responsible for the account (i.e., Trustee, Guardian, or Custodian, etc.) as allowed by applicable federal or state laws.

## File Validation and Certification

Validation and certification of electronic batch files are based on the file samples provided by the Furnisher to an assigned ChexSystems Project Manager.

ChexSystems will validate and monitor production files for a two-week period to confirm the transmission of the files and perform additional file verification. If there are no coding adjustments with the files during this validation period, the Furnisher will receive an email notification that the project is complete and has been turned over to Batch Support.

If additional coding is necessary, the assigned ChexSystems Project Manager will work with the Furnisher to resolve the coding error(s); once resolved, the two-week validation period will renew.

In some cases, based on the severity of the error, the production file may be suspended until such item(s) are resolved. Once the coding error(s) are addressed, the file will be re-implemented into production and the two-week validation period will resume. If there are no further coding adjustments, the Furnisher will receive an email notification that the project is complete and has been turned over to Batch Support.

Once files are finalized and sent to production, complete and properly formatted data will post within twenty-four (24) to forty-eight (48) hours of receipt.



© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

# EXHIBIT E

CONFIDENTIAL




# Chex Systems Inc. Data Contribution Deposit Accounts V001 Batch Specification

V2.2
May 29, 2024

## Reissuance of Previously Forced Closed Account Numbers

Furnishers are discouraged from reissuing account numbers that may have been previously contributed to ChexSystems. If a previously reported account number is reissued or reopened the financial institution **MUST** log into eAccess, look up the previously reported account, and select "yes" from the field labeled "Account Reissued/Reopened". Failure to do so could negatively impact a consumer.

## Do Not Report the Following:

Furnishers should not contribute the following types of information:

- Information resulting from identity theft, or where the account holder is a victim of fraud or human trafficking.
- Information that is known or believed to be inaccurate.
- Accounts voluntarily closed by the consumer and unilaterally reopened by the financial institution in order to allow transactions to process, resulting in non-sufficient funds activity and/or incurring fees.
- Accounts already included in a bankruptcy disposition.
- Safety Deposit Box Accounts.
- Disputed accounts unless the item is designated as "disputed" at the time of submittal.
- Derogatory accounts (account closures) older than five (5) years from the initial charge off date on closures.
- Business account signers, unless it is a sole proprietor or a partner where the consumer(s) has a financial liability for the account; or
- Estate, Trust, minor or similar type of accounts. Furnishers may only report the names of those who are financially responsible for the account (i.e., Trustee, Guardian, or Custodian, etc.) as allowed by applicable federal or state laws.

# File Validation and Certification

Validation and certification of electronic batch files is based on the file samples provided by your financial institution with an assigned ChexSystems Project Manager.

ChexSystems will validate and monitor production files for a two-week period to confirm the transmission of the file and perform additional file verification. If there are no coding adjustments with your file(s) during this validation period, your financial institution will receive an email notification that the project is complete and turned over to our FIS Batch Support.

If additional coding is necessary, your assigned ChexSystems Project Manager will work with you to resolve the coding error(s); once resolved, the two-week validation period will renew.

In some cases, based on the severity of the error, the production file may be suspended until such item(s) are resolved. Once the coding error(s) are addressed, the file will be re-implemented into production and the two-week validation period will resume. If there are no further coding adjustments, your financial institution will receive an email notification that the project is complete and turned over to our FIS Batch Support.

Once files are finalized and sent to production, the data will post within twenty-four (24) to forty-eight (48) hours of receipt.

To ensure receipt of email notifications sent by ChexSystems, it is imperative that all furnishers and furnishers keep ChexSystems updated concerning any email changes of the designated management staff responsible for data contribution communication. Please contact Member Solutions (MSOL) at **844.6 FIS NOW (1-844-634-7669).**

© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

| Seq # | Field Name | Description | Beg Pos | End Pos | Length | Data Type | Required Y/N/C | Applicable File Identifier | Format Rules / Values List/ Special Notes |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Reason for Change Code | When reporting a change to a Closure Detail record, this code identifies the reason for the change.<br><br>**Report for Closure Detail records only.** | 335 | 339 | 5 | AN | C | NR005<br>NR007 | Conditionally required if<br>1. Action Code = 'C' for Change, seq #3, AND<br>2. The sole purpose is to update the record to a Paid in Full, Settled in Full, Partially Paid, Payment Plan, or Account Sold Closure Status (seq 22). See Appendix I for details<br><br>Valid Values:<br>PFSF = Debt Paid or Settled<br>PPPL = Partially Paid or Payment Plan<br>ACSLD=Account Sold to a Third Party<br><br>**Blank fill if not applicable or if Record Type = 'AS' seq #2** |
| 33 | Reason for Delete Code | When requesting to delete a record, this code identifies the reason. There are only 3 reasons a record should be deleted: Reported in error, account is included in bankruptcy, or the consumer is a victim of fraud or ID theft.<br><br>**Report for Closure Detail records only.** | 340 | 344 | 5 | AN | C | NR005<br>NR007 | Conditionally required if Action Code = 'D' for Delete, seq #3.<br><br>Valid Values:<br>ERR = Bank error or reported by mistake<br>BAN = Bankruptcy<br>IDT = Consumer is victim ID theft<br>FRD = Consumer is a victim of Fraud<br><br>**Blank fill if not applicable or if Record Type = Account Status 'AS' seq #2** |
| 34 | Filler | Future use | 345 | 444 | 100 | AN | N | All | Blank fill |

© 2024 ChexSystems and/or its subsidiaries. All Rights Reserved.
ChexSystems confidential and proprietary information.
FIS Proprietary and Confidential – For Recipients Limited, Internal Use Only
Classified as FIS Client Confidential

# EXHIBIT F

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

# EXHIBIT G

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| CUSTOMER_ID | CUSTOMER_NAME | CREATE_DATE | DATE_OF_CLOSURE | ACCOUNT_NBR | UPDATE_USER_TYPE | SIGNER_TYPE | TITLE_DESCRIPTION | FIRST_NAME | MIDDLE_NAME | LAST_NAME | GENERATION_DESCPTION | SUFFIX_DESCRIPTION | BUSINESS_NAME | STATE | COUNTRY | DELETE_DATE | DELETE_COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

# EXHIBIT H

CONFIDENTIAL

**From:** Stanley, Melody <Melody.Stanley@truist.com>
**Sent:** Friday, June 9, 2023 12:41 PM
**To:** Data.Contribution; Bambenek, Gary R; Daniels, Wanda; Jacques, Raymond; Brehove, Aaron; Stanley, Tashea; Kline, Alex; Powell, Christopher - Banking Operations
**Cc:** Fagan, Lisa; Mcinnis, Roy; Joyce, Janet; Filemon, Michel
**Subject:** RE: TRUIST BANK - Apr 2023 RESPONSE REQUIRED: ChexSystems Furnisher Notice

REDACTED


CONFIDENTIAL

REDACTED

CONFIDENTIAL

**From:** Data.Contribution <Data.Contribution@fisglobal.com>
**Sent:** Wednesday, May 31, 2023 8:46 PM
**To:** WANDA.DANIELS@TRUIST.COM; RAYMOND.JACQUES@TRUIST.COM; AARON.BREHOVE@TRUIST.COM; TASHEA.STANLEY@TRUIST.COM; ALEX.KLINE@TRUIST.COM; CTPOWELL@BBANDT.COM
**Cc:** Bambenek, Gary R <Gary.Bambenek@fisglobal.com>; Fagan, Lisa <Lisa.Fagan@fisglobal.com>
**Subject:** TRUIST BANK - Apr 2023 RESPONSE REQUIRED: ChexSystems Furnisher Notice

**May 2022 - April 2023 RESPONSE REQUIRED: ChexSystems Compliance Review**

**NOTICE OF POTENTIAL NONCOMPLIANCE ("Notice")**

REDACTED


CONFIDENTIAL

REDACTED

REDACTED

CONFIDENTIAL

**From:** Fagan, Lisa
**Sent:** Monday, June 12, 2023 11:59 AM
**To:** Stanley, Melody; Data.Contribution; Bambenek, Gary R; Daniels, Wanda; Jacques, Raymond; Brehove, Aaron; Stanley, Tashea; Kline, Alex; Powell, Christopher - Banking Operations
**Cc:** Mcinnis, Roy; Joyce, Janet; Filemon, Michel
**Subject:** RE: TRUIST BANK - Apr 2023 RESPONSE REQUIRED: ChexSystems Furnisher Notice

REDACTED

REDACTED

REDACTED

REDACTED

CONFIDENTIAL

REDACTED


CONFIDENTIAL

CONFIDENTIAL

REDACTED


CONFIDENTIAL

# EXHIBIT I

**From:** Data.Contribution <Data.Contribution@fisglobal.com>
**Sent:** Wednesday, May 31, 2023 8:46 PM
**To:** [redacted];
**Cc:** [redacted]
**Subject:** TRUIST BANK - Apr 2023 RESPONSE REQUIRED: ChexSystems Furnisher Notice

**May 2022 - April 2023 RESPONSE REQUIRED: ChexSystems Compliance Review**

**NOTICE OF POTENTIAL NONCOMPLIANCE ("Notice")**

REDACTED

# EXHIBIT J

| Client Name | Entity ID | Master | Suspended | TVM Suspension Date | FM Suspension Date | Credentialing Suspension Date | Third Party TVM Sus QF Cert Suspension Date | Additional Comments | Item Type | Path |
|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| Client Name | Entity ID | Master | Suspended | TVM Suspension Date | FM Suspension Date | Credentialing Suspension Date | Third Party TVM Sus QF Cert Suspension Date | Additional Comments | Item Type | Path |
|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

# EXHIBIT K

Docusign Envelope ID: EE987176-00C4-43D0-8B05-5EC8FE2389D2
***CONFIDENTIAL***

# EXHIBIT B

Docusign Envelope ID: EE987176-00C4-43D0-8B05-5EC8FE2389D2

***CONFIDENTIAL***

## Consumer Information (As Entered)

**SHARON K RIDDICK**
**3533 BUNYAN RD**
**VIRGINIA BEACH, VA 23462**

**SSN/ITIN:** [redacted]
**DOB:** [redacted]

**DL#:** [redacted]
**DL State: VA**

**Country:** USA

## ID Verification Detail

| | |
|---|---|
| **ID Match:** | PASSED |
| **SSN Match:** | PASSED<br>Issued in [redacted] in CT. |
| **OFAC Check:** | PASSED |
| **Name Match:** | PASSED |
| **Address Match:** | PASSED |
| **Date of Birth Match:** | PASSED |

## Alternative Verifications:

| | |
|---|---|
| **Phone Match:** | No input data given.<br>[redacted] |
| **License Match:** | No Data Available |
| **Deceased:** | NO |
| **Minor:** | NO |
| **DOB after SSN Date:** | NO |

## Account Actions

**Action:** ACCEPT

**Recommended Actions:** OPEN ACCOUNT
TRI-BUREAU ID THEFT
ALERT NOT FOUND

## QualiFile® Detail

**QualiFile Score:** 0591

**Reasons:**

| Code | Text |
|---|---|
| AP | DDA CLOSURE PAYMENT HISTORY |
| AW | ASSET OWNERSHIP HISTORY |
| AD | DDA CLOSURE(S) |
| AB | DDA HISTORY |

**Product Strategy Code:** A0100001 ATRITHF0

## Non FCRA

### Identification Information

**SSN Validation:** BECAME AVAILABLE FOR ISSUANCE IN [redacted] IN CT SSN:Y

**DL Format:** VALID DRIVERS LICENSE FORMAT

## ChexSystems® History

| | | | |
|---|---|---|---|
| Total Closures: | 1 | Total Purchased Debt: | 0 |
| Disputed: | 0 | Disputed: | 0 |
| Paid: | 0 | Paid: | 0 |
| Unpaid: | 1 | Unpaid: | 0 |
| Partially Paid: | 0 | Partially Paid: | 0 |

***CONFIDENTIAL***

Sold: 0 Sold: 0

**Retail:** NOTE * THERE IS NO RETAIL INDICATOR

## Closure Details

**Total Number of Closures:** 1

| Date Reported | Reported By | Charge-Off Amt. | Collections |
|---|---|---|---|
| 07/12/2019 | SUNTRUST BANK | $458.66 | No |

**Closure 1 of 1**

Date Reported: 07/12/2019
Charge-off Amt: $458.66

SSN/ITIN: [redacted]
Settlement Date:

| | Closure Reason(s) | Category |
|---|---|---|
| 1. | OVERDRAFTS | ACCOUNT ABUSE |

**REPORTED INFORMATION**
SSN/ITIN: [redacted]
SHARON RIDDICK
5705 LYNNHAVEN PKWY UNIT
VIRGINIA BEACH, VA 23464-9154

**ACCOUNT CLOSED BY**
SUNTRUST BANK
REPORTING CODE
P.O. BOX 26150
RICHMOND, VA 23260

**COLLECTIONS INFORMATION**

## Purchased Debt Details
No Purchased Debt Found

## DDA Inquiry Details
No Previous Inquiries Found

## Inquiry ID
319869087

## Reference Detail
**ID Verification ID:** [redacted]
**Debit Bureau Reference#:** [redacted]
**Transaction Tracking ID:** [redacted]
**Location ID:** AAPOE

Back To Top

## IMPORTANT INFORMATION FOR CONSUMER REPORT & IDENTITY VERIFICATION SERVICES

This consumer/business data is being furnished in connection with a transaction initiated by the consumer, and / or in accordance with the written instructions of the consumer, to whom the information relates as provided for under the federal Fair Credit Reporting Act (FCRA) or the Gramm Leach Bliley Act (GLBA); or is being used in connection with account review as provided for under the FCRA. The data contained in this report may be viewed or printed for no other purpose. Information returned in Consumer Report services may not be viewed or printed in connection with making a pre-approved firm offer of credit (prescreen).

Copyright © 2022 FIS and/or its subsidiaries. All Rights Reserved. Data Practices Privacy Policy Terms of Use

# EXHIBIT L

***CONFIDENTIAL***

# EXHIBIT D

***CONFIDENTIAL***

## Consumer Information (As Entered)

**SHARON K RIDDICK**
**3533 BUNYAN RD**
**VIRGINIA BEACH, VA 23462**

**SSN/ITIN:** [redacted]
**DOB:** [redacted]

**DL#:** [redacted]
**DL State: VA**

**Country:** **USA**

## ID Verification Detail

| | |
|---|---|
| **ID Match:** | PASSED |
| **SSN Match:** | PASSED<br>Issued in [redacted] in CT. |
| **OFAC Check:** | PASSED |
| **Name Match:** | PASSED |
| **Address Match:** | PASSED |
| **Date of Birth Match:** | PASSED |

## Alternative Verifications:

| | |
|---|---|
| **Phone Match:** | No input data given.<br>[redacted] |
| **License Match:** | No Data Available |
| **Deceased:** | NO |
| **Minor:** | NO |
| **DOB after SSN Date:** | NO |

## Account Actions

**Action:** ACCEPT

**Recommended Actions:** OPEN ACCOUNT
TRI-BUREAU ID THEFT
ALERT NOT FOUND

## QualiFile® Detail

| | | | Code | Text |
|---|---|---|---|---|
| **QualiFile Score:** | 0591 | **Reasons:** | AP | DDA CLOSURE PAYMENT HISTORY |
| | | | AW | ASSET OWNERSHIP HISTORY |
| | | | AD | DDA CLOSURE(S) |
| | | | AB | DDA HISTORY |

**Product Strategy Code:** A0100001 ATRITHF0

## Non FCRA

### Identification Information

**SSN Validation:** BECAME AVAILABLE FOR ISSUANCE IN [redacted] IN CT SSN:Y

**DL Format:** VALID DRIVERS LICENSE FORMAT

## ChexSystems® History

| | | | |
|---|---|---|---|
| Total Closures: | 1 | Total Purchased Debt: | 0 |
| Disputed: | 0 | Disputed: | 0 |
| Paid: | 0 | Paid: | 0 |
| Unpaid: | 1 | Unpaid: | 0 |
| Partially Paid: | 0 | Partially Paid: | 0 |

Docusign Envelope ID: EE987176-00C4-43D0-8B05-5EC8FE2389D2
***CONFIDENTIAL***

Sold: 0 Sold: 0

**Retail:** NOTE * THERE IS NO RETAIL INDICATOR

## Closure Details

**Total Number of Closures:** 1

| Date Reported | Reported By | Charge-Off Amt. | Collections |
|---|---|---|---|
| 07/12/2019 | SUNTRUST BANK | $458.66 | No |

**Closure 1 of 1**
Date Reported: 07/12/2019
Charge-off Amt: $458.66
SSN/ITIN: [redacted]
Settlement Date:

| | Closure Reason(s) | Category |
|---|---|---|
| 1. | OVERDRAFTS | ACCOUNT ABUSE |

**REPORTED INFORMATION**
SSN/ITIN: [redacted]
SHARON RIDDICK
5705 LYNNHAVEN PKWY UNIT
VIRGINIA BEACH, VA 23464-9154

**ACCOUNT CLOSED BY**
SUNTRUST BANK
REPORTING CODE
P.O. BOX 26150
RICHMOND, VA 23260

**COLLECTIONS INFORMATION**

## Purchased Debt Details

No Purchased Debt Found

## DDA Inquiry Details

**Total Number of Inquiries:** 1 **Number of Inquiring FI's:** 1

| Inquiry Date | Consumer Name | Inquirer Name |
|---|---|---|
| 01/11/2024 | SHARON K RIDDICK | CHARTWAY FEDERAL CREDIT UNION |

**Inquiry 1 of 1**
Inquiry Date: 01/11/2024
Inquiry ID: [redacted]

**INQUIRY PERFORMED BY**
CHARTWAY FEDERAL CREDIT UNION
#6 HOLLAND OFFICE
3841 HOLLAND ROAD
VIRGINIA BEACH, VA 23452

**CONSUMER INQUIRED UPON**
[redacted]
SHARON K RIDDICK
3533 BUNYAN RD
VIRGINIA BEACH, VA 23462-7028

## Inquiry ID

344259031

## Reference Detail

**ID Verification ID:** [redacted]
**Debit Bureau Reference#** [redacted]
**Transaction Tracking ID:** [redacted]
**Location ID:** MRGUSHEE

Back To Top

IMPORTANT INFORMATION FOR CONSUMER REPORT & IDENTITY VERIFICATION SERVICES

This consumer/business data is being furnished in connection with a transaction initiated by the consumer, and / or in accordance with the written instructions of the consumer, to whom the information relates as provided for under the federal Fair Credit Reporting Act (FCRA) or the Gramm Leach Bliley Act (GLBA); or is being used in connection with account review as provided for under the FCRA. The data contained in this report may be viewed or printed for no other purpose. Information returned in Consumer Report services may not be viewed or printed in connection with making a pre-approved firm offer of credit (prescreen).

Docusign Envelope ID: EE987176-00C4-43D0-8B05-5EC8FE2389D2

***CONFIDENTIAL***

Copyright © 2022 FIS and/or its subsidiaries. All Rights Reserved. Data Practices Privacy Policy Terms of Use

# EXHIBIT M

Chex Systems, Inc.
Attn: Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Toll Free:
800-513-7125

03/22/2024

SHARON KAY RIDDICK
[redacted]

**Visit www.chexsystems.com to access the secure consumer portal.**

**Visit www.chexsystems.com/additional-education-information for more information and resources for consumers.**

## Consumer ID [redacted] for SHARON KAY RIDDICK

This report was prepared using the identifiers provided by you. Please provide your Consumer ID number along with your name and Social Security number in any future contact with Chex Systems, Inc.

## Personal Information

This section displays personal information you have provided to ChexSystems. This could include information such as names, date of birth, addresses, phone numbers and email addresses.

**Names:** SHARON KAY RIDDICK;

**Addresses:**
[redacted]

**Date of Birth:**
[redacted]

## Reported Information

ChexSystems' clients, which consist mainly of financial institutions, furnish information on closed checking and savings accounts, referred to as reported information. ChexSystems' current practice is to retain reported information for a period of five years. The source is under no obligation to remove accurate information, even if paid, but is obligated to update the report with a paid in full or settled in full status and date when applicable.

**Source of Information:** SUNTRUST BANK; P.O. BOX 26150, RICHMOND, VA 23260
**Phone Number:** Telephone Number Not Available

ChexSystems®

**Reported For:** OVERDRAFTS;
**Reported Name:** SHARON RIDDICK
**Reported Address:** [redacted]
**Reported SSN/ID:** [redacted]
**Driver's License:** **State:**

**Date of Closure:** 07/12/2019
**RTN/ACCT#:** [redacted]
**Original Charge Off Amount:** $458.66
**Closure Status:** UNPAID
**Closure Status Date:** 07/12/2019

## Inquiries Viewed By Others

This section refers to transactions involving you and are the result of someone accessing your ChexSystems information, typically in connection with a business transaction you initiated with them. The company listed on this type of inquiry requested information from your consumer file on the date(s) specified. These inquires may impact your consumer report and may be included in reports to others. These inquiries remain on your file for up to 3 years.

**Inquirer:** CHARTWAY FEDERAL CREDIT UNION; 3841 HOLLAND ROAD, VIRGINIA BEACH, VA 23452
**Phone Number:** Telephone Number Not Available
**Inquiry Date:** 03/08/2024

---

**Inquirer:** CHARTWAY FEDERAL CREDIT UNION; 3841 HOLLAND ROAD, VIRGINIA BEACH, VA 23452
**Phone Number:** Telephone Number Not Available
**Inquiry Date:** 01/11/2024

---

## Inquiries Viewed Only By You

This section refers to transactions you may or may not have initiated. For this reason, you may not always recognize the source. Inquiries made by medical providers may also be included in this section. The information listed in this section is only viewable by you. It is not included in reports to others and does not negatively affect your consumer report.

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 02/05/2024

---

ChexSystems®

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 01/05/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 12/05/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 11/05/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 10/05/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 09/06/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 08/06/2023

---

ChexSystems®

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 07/08/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 06/05/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 05/06/2023

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 04/05/2023

---

## Retail Information

Retail Information refers to returned checks reported by retailers and other businesses to Certegy Payment Solutions, LLC. ChexSystems receives this information from Certegy Payment Solutions, LLC, is not involved in the collection of these items, and retains record of retail information for a period of four years.

No Information Found

## History of Checks Ordered

This section displays the check order information that has been reported to ChexSystems within the past five years. Not all check orders are reported to ChexSystems, therefore, this section may not display all orders that have been placed.

No Information Found

## Social Security Number Validation

Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration, or that a particular sequence of digits is available for

| |
|---|
| randomized issuance. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-4404 BECAME AVAILABLE FOR ISSUANCE IN 1977 IN CT

## Notices

**You have a right to dispute information contained in your consumer file.** If you believe information in your file may be inaccurate or incomplete, you may submit a dispute directly to ChexSystems through the secure consumer portal at www.chexsystems.com, by calling 800.428.9623, or by mail at the address in the letterhead. ChexSystems will notify you of the results of the reinvestigation online if you select a portal delivery preference when registering your secure consumer portal account, otherwise the notice will be delivered by mail.

You may have a right to place a security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.chexsystems.com. If you are a current resident of AL, AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.chexsystems.com and select the “Security Freeze” link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.

ChexSystems®

# A Summary of Your Rights under the Federal Fair Credit Reporting Act

***Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G St. NW, Washington, DC 20552.***

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G St. NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to obtain a copy of your consumer disclosure report.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance; or
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information. You can request a copy of your Chex Systems, Inc. (ChexSystems) consumer disclosure report by visiting our website at www.chexsystems.com, by voice messaging at 800.428.9623, or by mail at Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you may have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender. To request your ChexSystems consumer score, you may print the Consumer Score Order Form from our website at www.chexsystems.com or call us at 800.513.7125 to request that we send the form to you. Complete and mail the Consumer Score Order Form to Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Consumer reporting agencies are not required to remove accurate derogatory information from the file of a consumer,** unless the information is outdated or cannot be verified.

ChexSystems®

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 888.5 OPTOUT (888.567.8688). You may opt out with Chex Systems, Inc. at 877.678.6885 or by visiting our website at www.chexsystems.com.
- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **You may submit a complaint** regarding ChexSystems and/or relevant furnishers by mail to Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN  55458, or by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaints or your state's Attorney General at www.usa.gov/state-attorney-general.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |

ChexSystems®

| | |
|---|---|
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## ChexSystems Notice to Consumers

In addition to the information listed in this document, the following may also apply to you. If you need further assistance in understanding your ChexSystems consumer disclosure report, you may call our toll-free number, 800.513.7125, at which personnel are accessible to you during normal business hours. In most circumstances, ChexSystems does not currently require a consumer to pay a fee to obtain a consumer disclosure report.

- **California:** Under California Civil Code, Consumer Credit Reporting Agencies Act, Section 1785.19, you have the right to bring civil action against anyone who improperly obtains access to a file or knowingly or willfully misuses file data.
- **Colorado:** You may call our toll-free number and speak directly to a ChexSystems representative to notify us of disputed information contained in your file. After following all dispute procedures, you may have the right to dispute resolution under the Colorado Consumer Credit Reporting Act, Section 12-14.3-107, Consumers right to file action in court or arbitrate disputes. **Colorado State Consumers have the right to obtain a security freeze for their children or legal wards**. You may obtain from a consumer reporting agency a credit report security freeze for your child who is under sixteen years of age or for your legal ward. If a consumer report has not yet been created for your child or legal ward, you may request that a consumer reporting agency create a consumer record for him or her and place a security freeze on his or her consumer record. You will not be charged to have a security freeze placed on your child's or legal ward's consumer report or to have a consumer record created for your child or legal ward and to have a security freeze placed on the consumer record. You will not be charged to have a security freeze placed on or removed from your child's or legal ward's report or record.
- **Connecticut:** Under Connecticut law, if after an investigation you are not satisfied with your consumer report, you may contact the Connecticut Department of Banking. You have the right to bring civil action against anyone who knowingly or willfully misuses file data or improperly obtains access to your file.
- **Maine:** Under Maine law, a consumer reporting agency must verify or remove disputed information within 21 days from the date the dispute was received.

  **Maryland:** You have the right submit complaints to the Commissioner of Banking and Consumer Credit at 500 Calvert St., Suite 402, Baltimore, MD 21202 or call 888.784.0136. This document explains your rights with regard to the services provided by ChexSystems under Maryland Commercial Law, Subtitle 12, Consumer Reporting Agencies.
- **Massachusetts:** Under Massachusetts law, we must provide someone to help you interpret the information in your file. We must modify or remove inaccurate information after investigation of your dispute. We may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be provided to us. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the provisions of the credit reporting act.

ChexSystems®

- **Texas:** After you have followed the dispute procedures and have received the results of an investigation, you may be entitled to dispute resolution under Title 2, Business & Commerce Code, Chapter 20, Regulation of Consumer Credit Reporting Agencies, Section 20.08, Consumer's Right To File Action In Court Or Arbitrate Disputes.
- **Washington:** In accordance with Washington statute (Title 19 RCW, Chapter 182), the information on the previous pages explains your rights with regard to the services provided by ChexSystems. The agency responsible for the enforcement of this statute is: Attorney General of Washington, 800 5th Avenue, Suite 2000, Seattle, WA 98104-3188. Statewide toll-free number: 800.551.4636.

# EXHIBIT N

Chex Systems, Inc.
Attn: Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Toll Free:
800-513-7125

10/17/2024
**Visit www.chexsystems.com to access the secure consumer portal.**

SHARON KAY RIDDICK
[redacted]

**Visit www.chexsystems.com/additional-education-information for more information and resources for consumers.**

## Consumer ID [redacted] for SHARON KAY RIDDICK

This report was prepared using the identifiers provided by you. Please provide your Consumer ID number along with your name and Social Security number in any future contact with Chex Systems, Inc.

## Personal Information

This section displays personal information you have provided to ChexSystems. This could include information such as names, date of birth, addresses, phone numbers and email addresses.

**Names:** SHARON KAY RIDDICK;

**Addresses:**
[redacted]

**Phone Numbers:** [redacted]

**Email Addresses:**
[redacted]

**Date of Birth:**
[redacted]

## Reported Information

ChexSystems' clients, which consist mainly of financial institutions, furnish information on closed checking and savings accounts, referred to as reported information. ChexSystems' current practice is to retain reported information for a period of five years. The source is under no obligation to remove accurate information, even if paid, but is obligated to update the report with a paid in full or settled in full status and date when applicable.

No Information Found

ChexSystems®

## Inquiries Viewed By Others

This section refers to transactions involving you and are the result of someone accessing your ChexSystems information, typically in connection with a business transaction you initiated with them. The company listed on this type of inquiry requested information from your consumer file on the date(s) specified. These inquires may impact your consumer report and may be included in reports to others. These inquiries remain on your file for up to 3 years.

**Inquirer:** CHARTWAY FEDERAL CREDIT UNION; 3841 HOLLAND ROAD, VIRGINIA BEACH, VA 23452
**Phone Number:** Telephone Number Not Available
**Inquiry Date:** 03/08/2024

---

**Inquirer:** CHARTWAY FEDERAL CREDIT UNION; 3841 HOLLAND ROAD, VIRGINIA BEACH, VA 23452
**Phone Number:** Telephone Number Not Available
**Inquiry Date:** 01/11/2024

---

## Inquiries Viewed Only By You

This section refers to transactions you may or may not have initiated. For this reason, you may not always recognize the source. Inquiries made by medical providers may also be included in this section. The information listed in this section is only viewable by you. It is not included in reports to others and does not negatively affect your consumer report.

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 09/06/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 08/07/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 07/08/2024

---

ChexSystems®

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 06/12/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 05/05/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 04/05/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 03/05/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 02/05/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 01/05/2024

---

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 12/05/2023

---

ChexSystems®

**Inquirer:** TRANSUNION LLC; 555 W ADAMS ST, CHICAGO, IL 60661
**Phone Number:** 800.916.8800

**On Behalf Of:** CREDIT KARMA; 1100 BROADWAY SUITE 1800, OAKLAND, CA 94607
**Phone Number:** 415.692.5722
**Inquiry Date:** 11/05/2023

## Retail Information

Retail Information refers to returned checks reported by retailers and other businesses to Certegy Payment Solutions, LLC. ChexSystems receives this information from Certegy Payment Solutions, LLC, is not involved in the collection of these items, and retains record of retail information for a period of four years.

No Information Found

## History of Checks Ordered

This section displays the check order information that has been reported to ChexSystems within the past five years. Not all check orders are reported to ChexSystems, therefore, this section may not display all orders that have been placed.

No Information Found

## Social Security Number Validation

Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration, or that a particular sequence of digits is available for randomized issuance. This information does not include the name of the individual to whom the number was issued.

XXX-XX-4404 BECAME AVAILABLE FOR ISSUANCE IN 1977 IN CT

ChexSystems®

## Notices

**You have a right to dispute information contained in your consumer file.** If you believe information in your file may be inaccurate or incomplete, you may submit a dispute directly to ChexSystems through the secure consumer portal at www.chexsystems.com, by calling 800.428.9623, or by mail at the address in the letterhead. ChexSystems will notify you of the results of the reinvestigation online if you select a portal delivery preference when registering your secure consumer portal account, otherwise the notice will be delivered by mail.

You may have a right to place a security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.chexsystems.com. If you are a current resident of AL, AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.chexsystems.com and select the “Security Freeze” link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.

ChexSystems®

# A Summary of Your Rights under the Federal Fair Credit Reporting Act

***Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G St. NW, Washington, DC 20552.***

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G St. NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to obtain a copy of your consumer disclosure report.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance; or
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information. You can request a copy of your Chex Systems, Inc. (ChexSystems) consumer disclosure report by visiting our website at www.chexsystems.com, by voice messaging at 800.428.9623, or by mail at Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you may have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender. To request your ChexSystems consumer score, you may print the Consumer Score Order Form from our website at www.chexsystems.com or call us at 800.513.7125 to request that we send the form to you. Complete and mail the Consumer Score Order Form to Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be

ChexSystems®

removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Consumer reporting agencies are not required to remove accurate derogatory information from the file of a consumer,** unless the information is outdated or cannot be verified.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 888.5 OPTOUT (888.567.8688). You may opt out with Chex Systems, Inc. at 877.678.6885 or by visiting our website at www.chexsystems.com.
- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **You may submit a complaint** regarding ChexSystems and/or relevant furnishers by mail to Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458, or by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaints or your state's Attorney General at www.usa.gov/state-attorney-general.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

| | |
|---|---|
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## ChexSystems Notice to Consumers

In addition to the information listed in this document, the following may also apply to you. If you need further assistance in understanding your ChexSystems consumer disclosure report, you may call our toll-free number, 800.513.7125, at which personnel are accessible to you during normal business hours. In most circumstances, ChexSystems does not currently require a consumer to pay a fee to obtain a consumer disclosure report.

- **California:** Under California Civil Code, Consumer Credit Reporting Agencies Act, Section 1785.19, you have the right to bring civil action against anyone who improperly obtains access to a file or knowingly or willfully misuses file data.
- **Colorado:** You may call our toll-free number and speak directly to a ChexSystems representative to notify us of disputed information contained in your file. After following all dispute procedures, you may have the right to dispute resolution under the Colorado Consumer Credit Reporting Act, Section 12-14.3-107, Consumers right to file action in court or arbitrate disputes. **Colorado State Consumers have the right to obtain a security freeze for their children or legal wards**. You may obtain from a consumer reporting agency a credit report security freeze for your child who is under sixteen years of age or for your legal ward. If a consumer report has not yet been created for your child or legal ward, you may request that a consumer reporting agency create a consumer

record for him or her and place a security freeze on his or her consumer record. You will not be charged to have a security freeze placed on your child's or legal ward's consumer report or to have a consumer record created for your child or legal ward and to have a security freeze placed on the consumer record. You will not be charged to have a security freeze placed on or removed from your child's or legal ward's report or record.

- **Connecticut:** Under Connecticut law, if after an investigation you are not satisfied with your consumer report, you may contact the Connecticut Department of Banking. You have the right to bring civil action against anyone who knowingly or willfully misuses file data or improperly obtains access to your file.
- **Maine:** Under Maine law, a consumer reporting agency must verify or remove disputed information within 21 days from the date the dispute was received.

  **Maryland:** You have the right submit complaints to the Commissioner of Banking and Consumer Credit at 500 Calvert St., Suite 402, Baltimore, MD 21202 or call 888.784.0136. This document explains your rights with regard to the services provided by ChexSystems under Maryland Commercial Law, Subtitle 12, Consumer Reporting Agencies.
- **Massachusetts:** Under Massachusetts law, we must provide someone to help you interpret the information in your file. We must modify or remove inaccurate information after investigation of your dispute. We may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be provided to us. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the provisions of the credit reporting act.
- **Texas:** After you have followed the dispute procedures and have received the results of an investigation, you may be entitled to dispute resolution under Title 2, Business & Commerce Code, Chapter 20, Regulation of Consumer Credit Reporting Agencies, Section 20.08, Consumer's Right To File Action In Court Or Arbitrate Disputes.
- **Washington:** In accordance with Washington statute (Title 19 RCW, Chapter 182), the information on the previous pages explains your rights with regard to the services provided by ChexSystems. The agency responsible for the enforcement of this statute is: Attorney General of Washington, 800 5th Avenue, Suite 2000, Seattle, WA 98104-3188. Statewide toll-free number: 800.551.4636.

# EXHIBIT O

| QFINQUIRYID | QFTRANDATETIME | MASTERID | BANKNAME | BRANCHLOCATION | BRANCHADDRESS | BRANCHCITY | BRANCHSTAT | BRANCHZIP | CNSMRFIRSTNAME | CNSMRMIDDLEINIT | CNSMRLASTNAME | CNSMRSTATE | CNSMRSSN | ACCOUNTACTION | QUALIFILESCORE | SCOREREASONS | PRODSTRATCODE1 | PRODSTRATC | PRODSTRATC | PRODSTRATC | PRODSTRATC | PCTPAID | NBRUNPAID | CLSRCOUNT | DDAINQUIRY | LNBNKPCT | LNBNKPLT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 11JAN2024:14:38:56.076149 | 60423102 | CHARTWAY FEDERAL CREDIT UNION | #6 HOLLAND OFFICE | 3841 HOLLAND ROAD | VIRGINIA BEACH | VA | 23452 | SHARON | K | RIDDICK | VA | [redacted] | ACCEPT | 591 | APAWADAB | A0100001 | ATRITHF0 | | | | 0 | 1 | 1 | 0 | 1 | 78 |
| [redacted] | 08MAR2024:16:49:11.015224 | 60423102 | CHARTWAY FEDERAL CREDIT UNION | #6 HOLLAND OFFICE | 3841 HOLLAND ROAD | VIRGINIA BEACH | VA | 23452 | SHARON | K | RIDDICK | VA | [redacted] | ACCEPT | 591 | APAWADAB | A0100001 | ATRITHF0 | | | | 0 | 1 | 1 | 1 | 1 | 80 |

| QFINQUIRYID | DateClosed | C2STATCD | PaidDate | C2RECID | C2COAMT | C2RSNC1 | C2RSNC2 | C2RSNC3 | C2CUSNUM | C2MASNUM | B2CUST_NM | B2CUST_LOCN_NM | B2STRT_ADDR_TXT | B2CITY_NM | B2ST_CD | B2PSTL_CD | C2FIRST_NM | C2LAST_NM | SSN | C2ST_CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 2019-07-12 | UP | | 837930485 | 458.66 | 4 | | | 30995681 | 90602483 | SUNTRUST BANK | REPORTING CODE | P.O. BOX 26150 | RICHMOND | VA | 23260 | SHARON | RIDDICK | [redacted] | VA |
| [redacted] | 2019-07-12 | UP | | 837930485 | 458.66 | 4 | | | 30995681 | 90602483 | SUNTRUST BANK | REPORTING CODE | P.O. BOX 26150 | RICHMOND | VA | 23260 | SHARON | RIDDICK | [redacted] | VA |