IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SHARON K. RIDDICK,
*on behalf of herself and all others similarly situated*,

Plaintiff,

Civil Action No. 2:24-cv-700

v.

CHEX SYSTEMS, INC.,

Defendant.

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion to Amend is DENIED, Dkt. No. 94; Defendant's Motion to Exclude the Expert Report and Testimony of Jonathan Jaffe is DENIED IN PART, Dkt. No. 200; and Plaintiff's Motion to Certify Class, Dkt. No. 96, is GRANTED IN PART AND DENIED IN PART. The Virginia Subclass is not certified while the following class is CERTIFIED and DEFINED as follows:

> All natural persons who (1) were the subject of a consumer report furnished by Defendant to a third party within two years before the filing of this action; (2) where the report indicated an outstanding balance or a past due indication on an account existing on the date such person filed a Chapter 7 bankruptcy (whether or not such account was scheduled as a debt) which resulted in the entry of a Discharge Order; and (3) where there is no reaffirmation agreement that makes the account enforceable notwithstanding the discharge and no adversary proceeding in which the account is determined to be non-dischargeable.

Plaintiff Sharon K. Riddick is APPOINTED as class representative. Leonard A. Bennett, Mark C. Leffler, Craig C. Marchiando, Drew David Sarrett, and Emily Connor Kennedy are APPOINTED as Class Counsel.

The parties are DIRECTED to meet and confer and jointly submit, within thirty (30) calendar days of the date of this Order, proposed class notice documents in conformance with Rule 23(c)(2), which the Court will consider before issuing notice to the class.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 30, 2026